P4771796

AFFIDAVIT OF SERVICE

HALL BOOTH SMITH, P.C
S DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
JRI GARMASHOV
                                    PLAINTIFF    index No. 1:21-cv-04917-JGK
                                                 Date Filed
           - vs -                                File No.
JITED STATES PARACHUTE ASSOCIATION, INC          Court Date:
                                    DEFENDANT    AFFIDAVIT OF SERVICE

'ATE OF   VIRGINIA   , COUNTY OF   NORFOLK   :SS:

CHRISTIAN CHARRIER , being duly sworn deposes and says:

ponent is not a party herein, is over 18 years of age and resides in the State of VIRGINIA.

JUNE 15, 2021   at   3:17 PM

c/o REGISTERED AGENT DAVID SNOUFFER 440 MONTICELLO AVENUE SUITE 2200 NORFOLK, VA 23510

ponent served the within **SUMMONS IN A CIVIL ACTION, USPA GOVERNANCE MANUAL, AND COMPLAINT FOR DAMAGES,** **IJUNCTIVE RELIEF AND JURY DEMAND, EXHIBITS TO COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE JOHN G. KOELTL** on:
JITED STATES PARACHUTE ASSOCIATION, INC , the **DEFENDANT** therein named.

**#1 INDIVIDUAL** — By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** — By delivering a true copy of each to DAVID SNOUFFER personally,
deponent knew the person so served to be the REGISTERED AGENT of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** — By delivering a true copy of each to _____ a person of suitable age and discretion.
Said premises is **DEFENDANT's**: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** — By affixing a true copy of each to the door of said premises, which is **DEFENDANT's**: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by

**#5 MAIL COPY** — On _____ I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

**#6 DESCRIPTION** (USE WITH #1, 2 OR 3) — Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.
Sex: MALE   Color: WHITE   Hair: WHITE
Age: 60   Height: 5'8"   Weight: 180
OTHER IDENTIFYING FEATURES: WEARS GLASSES

**#7 WITNESS FEES** — The authorized witness fee and / or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $_____

**#8 MILITARY SRVC** — Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of _____ and was informed that **DEFENDANT** was not.

**#9 OTHER**

_Grace Bonnewell_   6/22/21
OTARY NAME & DATE

[Notary seal: GRACE ELIZABETH BONNEWELL, NOTARY PUBLIC, REG # 7844701, MY COMMISSION EXPIRES 2/28/2023, COMMONWEALTH OF VIRGINIA]

_Christian Charrier_
CHRISTIAN CHARRIER
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-HBS-4771796