# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

YURI GARMASHOV,

    Plaintiff,

v.

UNITED STATES PARACHUTE ASSOCIATION, INC.,

    Defendant.

Case No.: 1:21-cv-04917-JGK

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Kenneth A. McLellan hereby appears as counsel for Defendant United States Parachute Association, Inc., in connection with the above-referenced action. This notice is being filed so that our office can receive notifications of court filings and electronically filed documents. We respectfully reserve the right to contest the Court's jurisdiction.

Dated: July 2, 2021

    New York, New York

Respectfully submitted,

WINGET SPADAFORA & SCHWARTZBERG, LLP
*Attorneys for* United States Parachute Association, Inc.,
45 Broadway, 32nd Floor
New York, New York, 10006
Telephone (212) 221-6900
Facsimile (212) 221-6989

By:   /s/ *Kenneth A. McLellan*
      Kenneth A. McLellan
      McLellan.K@wssllp.com