# Winget | Spadafora | Schwartzberg | LLP

NEW YORK:

45 Broadway
32nd Floor
New York, NY 10006

P (212) 221-6900
F (212) 221-6989
McLellan.K@wsllp.com

July 2, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7-6-21

**VIA ECF**
The Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
(212) 805-0222

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
7/6/21          John G. Koeltl, U.S.D.J.

Re:   Garmashov v. United States Parachute Association, Inc.
      Case No.: 1:21-cv-04917-JGK

Dear Judge Koeltl:

We have recently been retained to represent Defendant, United States Parachute Association, Inc., ("USPA") in relation to the above-referenced matter. We write now, pursuant to Your Honor's Individual Practices in Civil Cases, and on consent of Plaintiff, to respectfully request an extension of time to answer, move or otherwise respond to the Complaint, up to and including July 23, 2021.

Plaintiff served USPA with a copy of the Complaint on June 15, 2021. Accordingly, the current deadline for USPA to answer, move or otherwise respond is July 6, 2021. Plaintiff has consented to an extension up to and including July 23, 2021.

This is USPA's first request for an extension. Thank you for your consideration of this letter-motion.

Very truly yours,

/s/ Kenneth A. McLellan

Kenneth A. McLellan

Hon. John G. Koeltl
July 2, 2021
Page 2 of 2

cc: *VIA ECF ONLY*

Counsel for Plaintiff
ALEX B. KAUFMAN, Esq.
Hall Booth Smith, P.C.
191 Peachtree Street, NE, Suite 2900
Atlanta, GA 30303 -1775
D: 404-586-6629
C: 404-964-5587
O: 404-954-5000 F: 404-954-5020
akaufman@hallboothsmith.com

Winget | Spadafora | Schwartzberg | LLP