**Winget | Spadafora | Schwartzberg | LLP**

NEW YORK:

45 Broadway
32nd Floor
New York, NY 10006

P (212) 221-6900
F (212) 221-6989
McLellan.K@wssllp.com

July 26, 2021

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
(212) 805-0222

        Re:    Garmashov v. United States Parachute Association, Inc.
               Case No.: 1:21-cv-04917-JGK

Dear Judge Koeltl:

    We represent the United States Parachute Association, Inc., ("USPA") in the above-referenced matter.

    In accordance with this Court's Order of July 22, 2021, field at ECF Doc. No. 13, requiring that the parties submit a briefing schedule for the USPA's motion to dismiss and compel arbitration, we inform the Court that we have conferred with Plaintiff's counsel and submit the following proposed schedule, subject to the Court's approval:

        **USPA's Motion Due:  Mon., August 9, 2021;**

        **Plaintiff's Response Due:  Thurs., August 19, 2021; and**

        **USPA's Reply Due:  Fri., August 27, 2021.**

Hon. John G. Koeltl
July 26, 2021
Page 2 of 2

    Thank you.

                                      Respectfully submitted,

                                      */s/ Kenneth A. McLellan*

                                      Kenneth A. McLellan

cc: Counsel of Record (via ECF)

Winget | Spadafora | Schwartzberg | LLP