UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
YURI GARMASHOV,

                      Plaintiff,

-against-

UNITED STATES PARACHUTE
ASSOCIATION, INC.,

                      Defendant.
---------------------------------------------------------X

Civil Action No.: 1:21-cv-04917-JGK

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, dated August 9, 2021, the Declaration of Albert Berchtold, dated August 3, 2021, and all exhibits thereto, along with all prior proceedings herein, the Defendant, United States Parachute Association, Inc., will move this Court before the United States District Court Judge John G. Koeltl, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be set by the Court, pursuant to Fed. R. Civ. P. 12(b)(1), for an Order dismissing Plaintiff's Complaint, in its entirety, and compelling arbitration, together with such other and further relief as this Court deems to be just and appropriate.

Dated: New York, New York
         August 9, 2021

                                        WINGET, SPADAFORA &
                                        SCHWARTZBERG, LLP

                                        */s/ Kenneth A. McLellan*
                                        Kenneth A. McLellan, Esq.
                                        45 Broadway, 32nd Floor
                                        New York, New York 10006
                                        (212) 221-6900
                                        *Attorneys for Defendant*