

**Jan Meyer**
**National Director**
**USPA Secretary**
**PO Box 2581**
**Hemet, CA 92546**

**951-658-3526**

[Aerosoftware@MakeItHappen.com](Aerosoftware@MakeItHappen.com)

Yuri Garmashov
6754 Ashington Way
Elk Grove, CA 95758-4459
yuriggarmashov@gmail.com

October 13, 2016

Dear Mr. Garmashov,

This letter is to inform you that the following motion has passed the USPA Executive Committee in accordance with Governance Manual Section 1-6.5.K:

*"Move to revoke the USPA membership and all ratings of Yuri Garmashov, #163264. Any future issuance of his membership and ratings must be approved by the full board."*

You have violated Governance Manual Section 1-6.4.B.2, 1-6.4.B.5 and 1-6.4.B.6 and subject to penalties listed in Governance Manual Section 1-6.4.C.

The specific violation is that on or about July 25, 2015, USPA suspended the Coach Examiner and Tandem Instructor Examiner ratings of Rob Pooley. After that date, Pooley continued conducting rating courses as an examiner, using candidate proficiency cards signed by you as the examiner for the rating course.

This decision is final upon receipt of notification, unless you request an appellate review by the full board in writing within 30 days of this notice. You must request your appeal from me so that I may put it on the agenda. The next BOD meeting is Feb 10-12, 2017 in Chattanooga, TN.

The Governance Manual is available at:
http://www.uspa.org/Portals/0/files/Man_GovMan.pdf

If you have any questions, please contact me.

Sincerely,

/s Jan Meyer

Jan Meyer
USPA Secretary

CC:
USPA President
USPA Headquarters
USPA Director of Safety and Training
Regional Director