UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YURI GARMASHOV,

      Plaintiff,    21-cv-4917 (JGK)

 - against -        ORDER

UNITED STATES PARACHUTE
ASSOCIATION, INC.,
      Defendant.

---

JOHN G. KOELTL, District Judge:

 The defendant should refile its motion to compel arbitration and to dismiss, on which briefing has already been completed. As the Clerk indicated in the docket, supporting documents must be field separately.

SO ORDERED.
Dated: New York, New York
    January 20, 2022

               _____
                John G. Koeltl
               United States District Judge