UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YURI GARMASHOV,

                              Plaintiff,                21-cv-4917 (JGK)

            - against -                                 ORDER

UNITED STATES PARACHUTE
ASSOCIATION, INC.,
                              Defendant.

---

JOHN G. KOELTL, District Judge:

   For the reasons explained at the teleconference held on
January 31, 2022, the motion to compel arbitration and to
dismiss the plaintiff's complaint, deficiently filed at ECF No.
16 and correctly filed at ECF No. 21, is **denied**. The Clerk is
directed to close ECF Nos. 16 and 21.

   It is ordered that this case is referred for mediation to
the Court's Alternative Dispute Resolution program of mediation.
Local Rule 83.9 shall govern the mediation, and the parties are
directed to participate in the mediation in good faith and
report to the Court on the status within 7 days of the
conclusion of the mediation.

The time to answer is extended to **February 11, 2022.** The parties should submit a Rule 26(f) statement by **February 25, 2022.**

**SO ORDERED.**
**Dated:**    **New York, New York**
             **February 1, 2022**

John G. Koeltl
United States District Judge