# Emily Baker

| | |
|---|---|
| **From:** | Kenneth McLellan <mclellan.k@wssllp.com> |
| **Sent:** | Monday, April 4, 2022 1:25 PM |
| **To:** | Alex Kaufman |
| **Cc:** | Eric Underriner; Keith Roussel; Holly Weiss |
| **Subject:** | RE: Garmashov v. U.S. Parachute Ass'n., SDNY 1:21--cv-04917-JGK [IWOV-imanage.FID1213922] |

Alex-

Do what you need to do to protect your client's interests, and we will do the same. Please provide any legal authority that you believe supports your position and I will review it and respond if appropriate.

-Ken


Very truly yours,

**Kenneth A. McLellan**
Partner
(Admitted in NY and NJ)
WINGET, SPADAFORA & SCHWARTZBERG, LLP
45 Broadway, 32nd Floor
New York, New York 10006
212.221.6900 (Office)
212.221.6989 (Fax)
646.265.4894 (Cell)
mclellan.k@wssllp.com

    -and-

65 East Route 4, Suite 201
River Edge, New Jersey 07661
973-221-8200 (Office)
973-221-8201 (Fax)
mclellan.k@wssllp.com

www.wssllp.com



PLEASE NOTE, THIS MESSAGE IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR OTHERWISE PROTECTED FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT OR OTHERWISE HAVE RECEIVED THIS EMAIL IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY RETURN EMAIL, AND DELETE THIS MESSAGE AND ALL ATTACHMENTS FROM YOUR COMPUTER SYSTEM.

IRS CIRCULAR 230 DISCLOSURE: TO ENSURE COMPLIANCE WITH U.S. TREASURY REGULATIONS GOVERNING TAX PRACTICE, WE INFORM YOU THAT:     ANY U.S. TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ATTACHMENTS) WAS NOT WRITTEN TO BE USED FOR AND CANNOT BE USED FOR (I) PURPOSES OF AVOIDING ANY TAX RELATED PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAWS, OR (II) THE PROMOTION, MARKETING OR RECOMMENDING TO ANOTHER PARTY OF ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

THE INFORMATION IN THIS E-MAIL AND IN ANY ATTACHMENTS IS CONFIDENTIAL AND MAY BE PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE DESTROY THIS COMMUNICATION AND NOTIFY THE SENDER IMMEDIATELY. YOU SHOULD NOT RETAIN, COPY OR USE THIS E-MAIL FOR ANY PURPOSE, NOR DISCLOSE ALL OR ANY PART OF ITS CONTENTS TO ANY OTHER PERSON OR PERSONS.

**From:** Alex Kaufman [mailto:AKaufman@hallboothsmith.com]
**Sent:** Monday, April 4, 2022 1:16 PM
**To:** Kenneth McLellan <mclellan.k@wssllp.com>
**Cc:** Eric Underriner <EUnderriner@hallboothsmith.com>; Keith Roussel <roussel.k@wssllp.com>; Holly Weiss <holly.weiss@hwhmediation.com>
**Subject:** RE: Garmashov v. U.S. Parachute Ass'n., SDNY 1:21--cv-04917-JGK [IWOV-imanage.FID1213922]

Ken-

We are going to seek the fees for the motion to compel arbitration that you lost.

We will seek these too.

There are no dates, the court ordered the 5th. We are here and ready, willing, able to comply with the Court's order.

Alex

**Alex Kaufman**
**Admitted in AZ, DC, GA, MA, & NY**
Attorney at Law | Hall Booth Smith, P.C.

**O:** 470.386.6900
**D:** 404.586.6629
**M:** 404.964.5587

2710 Old Milton Parkway, Suite 200
Alpharetta, GA 30009
hallboothsmith.com



ALABAMA | ARKANSAS | COLORADO | FLORIDA | GEORGIA
MONTANA | NEW JERSEY | NEW YORK | OKLAHOMA
NORTH CAROLINA | SOUTH CAROLINA | TENNESSEE

CONFIDENTIALITY NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy the original message and any copies.

**From:** Kenneth McLellan <mclellan.k@wssllp.com>
**Sent:** Monday, April 4, 2022 1:14 PM
**To:** Alex Kaufman <AKaufman@hallboothsmith.com>
**Cc:** Eric Underriner <EUnderriner@hallboothsmith.com>; Keith Roussel <roussel.k@wssllp.com>; Holly Weiss <holly.weiss@hwhmediation.com>
**Subject:** RE: Garmashov v. U.S. Parachute Ass'n., SDNY 1:21--cv-04917-JGK [IWOV-imanage.FID1213922]

Alex, as I've already noted, my client has informed me that he cannot proceed. This the second time in the case you've threated to seek fees without basis.

Please give me your dates.

-Ken


Very truly yours,

**Kenneth A. McLellan**
Partner
(Admitted in NY and NJ)
WINGET, SPADAFORA & SCHWARTZBERG, LLP
45 Broadway, 32nd Floor
New York, New York 10006
212.221.6900 (Office)
212.221.6989 (Fax)
646.265.4894 (Cell)
mclellan.k@wssllp.com

   -and-

65 East Route 4, Suite 201
River Edge, New Jersey 07661
973-221-8200 (Office)
973-221-8201 (Fax)
mclellan.k@wssllp.com

www.wssllp.com



PLEASE NOTE, THIS MESSAGE IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR OTHERWISE PROTECTED FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT OR OTHERWISE HAVE RECEIVED THIS EMAIL IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY RETURN EMAIL, AND DELETE THIS MESSAGE AND ALL ATTACHMENTS FROM YOUR COMPUTER SYSTEM.

IRS CIRCULAR 230 DISCLOSURE: TO ENSURE COMPLIANCE WITH U.S. TREASURY REGULATIONS GOVERNING TAX PRACTICE, WE INFORM YOU THAT:     ANY U.S. TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ATTACHMENTS) WAS NOT WRITTEN TO BE USED FOR AND CANNOT BE USED FOR (I) PURPOSES OF AVOIDING ANY TAX RELATED PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAWS, OR (II) THE PROMOTION, MARKETING OR RECOMMENDING TO ANOTHER PARTY OF ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

THE INFORMATION IN THIS E-MAIL AND IN ANY ATTACHMENTS IS CONFIDENTIAL AND MAY BE PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE DESTROY THIS COMMUNICATION AND NOTIFY THE SENDER IMMEDIATELY. YOU SHOULD NOT RETAIN, COPY OR USE THIS E-MAIL FOR ANY PURPOSE, NOR DISCLOSE ALL OR ANY PART OF ITS CONTENTS TO ANY OTHER PERSON OR PERSONS.

**From:** Alex Kaufman [mailto:AKaufman@hallboothsmith.com]
**Sent:** Monday, April 4, 2022 1:07 PM
**To:** Kenneth McLellan <mclellan.k@wssllp.com>
**Cc:** Eric Underriner <EUnderriner@hallboothsmith.com>; Keith Roussel <roussel.k@wssllp.com>; Holly Weiss <holly.weiss@hwhmediation.com>
**Subject:** RE: Garmashov v. U.S. Parachute Ass'n., SDNY 1:21--cv-04917-JGK [IWOV-imanage.FID1213922]

Ken-

We reserve the right to seek our fees for this last minute failure to appear. You represent an organization with multiple board members. All of whom are familiar with the situation.

Please let us know if we are proceeding or not tomorrow.

Alex

### Alex Kaufman
**Admitted in AZ, DC, GA, MA, & NY**
Attorney at Law | Hall Booth Smith, P.C.

  

**O:** 470.386.6900
**D:** 404.586.6629
**M:** 404.964.5587

2710 Old Milton Parkway, Suite 200
Alpharetta, GA 30009
hallboothsmith.com

H|B|S ATTORNEYS AT LAW

ALABAMA | ARKANSAS | COLORADO | FLORIDA | GEORGIA
MONTANA | NEW JERSEY | NEW YORK | OKLAHOMA
NORTH CAROLINA | SOUTH CAROLINA | TENNESSEE

CONFIDENTIALITY NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy the original message and any copies.

**From:** Kenneth McLellan <mclellan.k@wssllp.com>
**Sent:** Monday, April 4, 2022 1:01 PM
**To:** Alex Kaufman <AKaufman@hallboothsmith.com>
**Cc:** Eric Underriner <EUnderriner@hallboothsmith.com>; Keith Roussel <roussel.k@wssllp.com>; Holly Weiss <holly.weiss@hwhmediation.com>
**Subject:** RE: Garmashov v. U.S. Parachute Ass'n., SDNY 1:21--cv-04917-JGK [IWOV-imanage.FID1213922]

Alex-

Thank you for your email. My client contact is Executive Director, Mr. Berchtold. I have not dealt with anyone else from the organization. My understanding is that he is a member of the audience you need to persuade, so I would think you would want him participating.

Our request for an adjournment is not tactical. My client told me he is ill and cannot proceed and I take him at his word. Frankly, since you and Mr. Garmashov can appear remotely, and you already submitted a power point with videos, I'm not sure how your or Mr. Garmashov's physical location matters.

I'm not sure what "par for the course" "delaying tactic" you're referring to. We currently have a joint pre-trial Order due on December 16, 2022. The due date set by the Court is much shorter than what was agreed to by myself and Mr. Underriner. This is a highly accelerated schedule, in my experience, so I'm not sure what you're complaining about.

Please let me know your and Mr. Garmashov's next available date, and I will speak with Mr. Berchtold and reschedule.

-Ken


Very truly yours,

**Kenneth A. McLellan**
Partner
(Admitted in NY and NJ)
WINGET, SPADAFORA & SCHWARTZBERG, LLP
45 Broadway, 32nd Floor
New York, New York 10006
212.221.6900 (Office)
212.221.6989 (Fax)
646.265.4894 (Cell)
mclellan.k@wssllp.com

    -and-

65 East Route 4, Suite 201
River Edge, New Jersey 07661
973-221-8200 (Office)
973-221-8201 (Fax)
mclellan.k@wssllp.com

www.wssllp.com



PLEASE NOTE, THIS MESSAGE IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR OTHERWISE PROTECTED FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT OR OTHERWISE HAVE RECEIVED THIS EMAIL IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY RETURN EMAIL, AND DELETE THIS MESSAGE AND ALL ATTACHMENTS FROM YOUR COMPUTER SYSTEM.

IRS CIRCULAR 230 DISCLOSURE: TO ENSURE COMPLIANCE WITH U.S. TREASURY REGULATIONS GOVERNING TAX PRACTICE, WE INFORM YOU THAT:     ANY U.S. TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ATTACHMENTS) WAS NOT WRITTEN TO BE USED FOR AND CANNOT BE USED FOR (I) PURPOSES OF AVOIDING ANY TAX RELATED PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAWS, OR (II) THE PROMOTION, MARKETING OR RECOMMENDING TO ANOTHER PARTY OF ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

THE INFORMATION IN THIS E-MAIL AND IN ANY ATTACHMENTS IS CONFIDENTIAL AND MAY BE PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE DESTROY THIS COMMUNICATION AND NOTIFY THE SENDER IMMEDIATELY. YOU SHOULD NOT RETAIN, COPY OR USE THIS E-MAIL FOR ANY PURPOSE, NOR DISCLOSE ALL OR ANY PART OF ITS CONTENTS TO ANY OTHER PERSON OR PERSONS.

**From:** Alex Kaufman [mailto:AKaufman@hallboothsmith.com]
**Sent:** Monday, April 4, 2022 12:45 PM
**To:** Holly Weiss <holly.weiss@hwhmediation.com>; Kenneth McLellan <mclellan.k@wssllp.com>
**Cc:** Eric Underriner <EUnderriner@hallboothsmith.com>; Keith Roussel <roussel.k@wssllp.com>; 13785_0001 _ Garmashov_ Yuri v_ United States Parachute Association_ Inc_ E_Mail <{F1213922}.imanage@hbswcs02.hbss.net>
**Subject:** RE: Garmashov v. U.S. Parachute Ass'n., SDNY 1:21--cv-04917-JGK [IWOV-imanage.FID1213922]

Respectfully Yuri and I are in New York and here ready to proceed. USPA is a large organization, this mediation is remote (per your request), surely there is someone who can be there with authority. Those other dates are not acceptable to me as I am traveling on unrelated cases. Morevoer, Yuri has been out of work for 6 years and this is last minute tactic is par for the course.

**Alex Kaufman**
**Admitted in AZ, DC, GA, MA, & NY**
Attorney at Law | Hall Booth Smith, P.C.

**O:** 470.386.6900
**D:** 404.586.6629
**M:** 404.964.5587

2710 Old Milton Parkway, Suite 200
Alpharetta, GA 30009
hallboothsmith.com



CONFIDENTIALITY NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy the original message and any copies.

**From:** Holly Weiss <holly.weiss@hwhmediation.com>
**Sent:** Monday, April 4, 2022 12:43 PM
**To:** Kenneth McLellan <mclellan.k@wssllp.com>
**Cc:** Eric Underriner <EUnderriner@hallboothsmith.com>; Alex Kaufman <AKaufman@hallboothsmith.com>; Keith Roussel <roussel.k@wssllp.com>
**Subject:** Re: Garmashov v. U.S. Parachute Ass'n., SDNY 1:21--cv-04917-JGK

I am available on April 11 or 12. If only April 13 works for all, I may be able to make it work.

Holly H. Weiss
HWH Mediation LLC
917.225.2848
Holly.Weiss@HWHMediation.com
https://www.hwhmediation.com
Pronouns: she, her and hers

> On Apr 4, 2022, at 12:29 PM, Kenneth McLellan <mclellan.k@wssllp.com> wrote:
>
> Dear Ms. Weiss-
>
> We hope you are doing well.
>
> We represent the Defendant, the U.S. Parachute Association in this case and a mediation is set for tomorrow, remotely on April 5, 2022. Our client contact, Albert Berchtold, Executive Director of the U.S.P.A. advised us this morning that he is ill and will not be able to proceed tomorrow.
>
> We apologize for any inconvenience this may cause you, Plaintiff's counsel, and Mr. Garmashov. We have to respectfully request a short adjournment of the mediation. April 11, 12 and 13 are available as new dates for us and Mr. Berchtold.
>
> -Ken
>
> Very truly yours,
>
> **Kenneth A. McLellan**
> Partner
> (Admitted in NY and NJ)
> WINGET, SPADAFORA & SCHWARTZBERG, LLP
> 45 Broadway, 32nd Floor
> New York, New York 10006
> 212.221.6900 (Office)
> 212.221.6989 (Fax)

646.265.4894 (Cell)
mclellan.k@wssllp.com

    -and-

65 East Route 4, Suite 201
River Edge, New Jersey 07661
973-221-8200 (Office)
973-221-8201 (Fax)
mclellan.k@wssllp.com

www.wssllp.com

<image001.png>

PLEASE NOTE, THIS MESSAGE IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR OTHERWISE PROTECTED FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT OR OTHERWISE HAVE RECEIVED THIS EMAIL IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY RETURN EMAIL, AND DELETE THIS MESSAGE AND ALL ATTACHMENTS FROM YOUR COMPUTER SYSTEM.

IRS CIRCULAR 230 DISCLOSURE: TO ENSURE COMPLIANCE WITH U.S. TREASURY REGULATIONS GOVERNING TAX PRACTICE, WE INFORM YOU THAT:     ANY U.S. TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ATTACHMENTS) WAS NOT WRITTEN TO BE USED FOR AND CANNOT BE USED FOR (I) PURPOSES OF AVOIDING ANY TAX RELATED PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAWS, OR (II) THE PROMOTION, MARKETING OR RECOMMENDING TO ANOTHER PARTY OF ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

THE INFORMATION IN THIS E-MAIL AND IN ANY ATTACHMENTS IS CONFIDENTIAL AND MAY BE PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE DESTROY THIS COMMUNICATION AND NOTIFY THE SENDER IMMEDIATELY. YOU SHOULD NOT RETAIN, COPY OR USE THIS E-MAIL FOR ANY PURPOSE, NOR DISCLOSE ALL OR ANY PART OF ITS CONTENTS TO ANY OTHER PERSON OR PERSONS.