Search



**Albert Berchtold**
1d · 🌐

What an awesome day making new friends at Seven Hills Skydivers of Madison, WI. Their excitement and energy was great to be a part of. Great job by each of the presenters. They were thankful that I came, but the real pleasure was mine. It really is rejuvenating for me to have the opportunity to spend the d… See more






 Travis Mills and 45 others          7 comments

👍 Like          💬 Comment          ↗ Share