UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YURI GARMASHOV,

               Plaintiff,          21-cv-4917 (JGK)

   - against -                 ORDER

UNITED STATES PARACHUTE
ASSOCIATION, INC.,
               Defendant.

---

JOHN G. KOELTL, District Judge:

    The plaintiff has filed a motion for contempt based on the failure of the defendant's representative to show up at a scheduled mediation session. The defense had requested an adjournment due to the alleged illness of its representative. In a second motion the plaintiff sought Rule 11 sanctions based on the unsuccessful motion to dismiss and compel arbitration brought by the defendant.

    Both motions are denied. Neither motion comports with the basic requirements of a motion in this Court, namely that it be accompanied by a Notice of Motion and a supporting affidavit. See Local Rule 7.1. In addition, the motion for contempt fails to specify the Order that was allegedly violated. The motion for Rule 11 sanctions fails to specify how the requirements of that Rule have been met for a motion for sanctions, see Fed. R. Civ. P. 11(c)(2), and fails to show that the motion to dismiss and compel arbitration was frivolous.

This action will be referred to the Magistrate Judge for general pre-trial purposes.

The Clerk is directed to close Docket Nos. 30 and 31.

**SO ORDERED.**
Dated:   New York, New York
         April 6, 2022

_____
John G. Koeltl
**United States District Judge**