UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
YURI GARMASHOV,

                Plaintiff,

            21 civ 4917 (JGK)

      -against-

UNITED STATES PARACHUTE ASSOCIATION, INC.,
                Defendants.
-----------------------------------------------------------X

## ORDER

A conference in this matter is scheduled for **Wednesday, June 1, 2022, at 2:30pm.**

**Dial-in: 888 363-4749.  Access code: 8140049.**

**SO ORDERED.**

                                                        **JOHN G. KOELTL**
                                              **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          May 23, 2022