UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YURI GARMASHOV,

                Plaintiff,        21-cv-4917 (JGK)

   - against -                     <u>ORDER</u>

UNITED STATES PARACHUTE
ASSOCIATION, INC.,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties should file a letter by **June 10, 2022** indicating whether the case can be resolved.

SO ORDERED.
Dated:    New York, New York
          June 1, 2022

                                           John G. Koeltl
                                United States District Judge