

| | | |
|---|---|---|
| | Alex B. Kaufman<br>Phone: (404) 586-6629<br>akaufman@hallboothsmith.com | 366 Madison Avenue, 5th Flooor<br>New York, NY 10017 |

Office: (212) 805-3630
www.hallboothsmith.com

June 10, 2022

**VIA ECF ONLY**

Dear Judge Koetl:

The parties have endeavored to resolve the dispute through Mediator Weiss. Unfortunately, they are at an impasse. The Court is requested by the Parties to rule on Plaintiff's Motion to Enforce the Settlement Agreement.

Thank you,

Alex Kaufman, Esq. and Kenneth McLellan, Esq.