**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

 YURI GARMASHOV,                        :

                        Plaintiff,    :                     21-CV-4917 (JGK) (OTW)

                 -against-      :

UNITED STATES PARACHUTE ASSOCIATION,  :          **SCHEDULING ORDER**
INC.,                                     :

                Defendant.   :

---------------------------------------------------------------x

       **ONA T. WANG**, **United States Magistrate Judge**:

       The Court will hold a **Pre-Settlement Conference Scheduling Call on Thursday, July 28,**

**2022 at 3:30 p.m.**  The dial in information is (866) 390-1828, access code 1582687.


       **SO ORDERED.**


                                              *s/ Ona T. Wang*

Dated: June 23, 2022                      **Ona T. Wang**
      New York, New York             United States Magistrate Judge