

NEW YORK:

45 Broadway
32nd Floor
New York, NY 10006

P (212) 221-6900
F (212) 221-6989
Roussel.K@wssllp.com

July 26, 2022

**VIA ECF**

The Honorable Ona T. Wang
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St. Room 20D
New York, NY 10007-1312
(212)-805-0260

      Re:    *Garmashov v. United States Parachute Association, Inc.*
              Case no.: 1:21-cv-04917-JGK-OTW_____

Dear Judge Wang:

      Our firm represents Defendant United States Parachute Association, Inc., ("USPA") in the above-referenced matter.

      Pursuant to Rule I(a) of Your Honor's Individual Practices, we request that the Pre-Settlement Conference Scheduling Call currently scheduled for **Thursday July 28, 2022 at 3:30 p.m**. be rescheduled to July 28, 2022 at 4:30 p.m.

      If that is not possible, we would ask that the Pre-Settlement Conference Scheduling Call be rescheduled to a mutually convenient time on Monday August 1, 2022 or Thursday August 4, 2022. If that is not possible, we would ask for the Court to schedule for the next available date.

      We respectfully request this rescheduling of Pre-Settlement Conference Scheduling Call based on the fact that we are engaged in Court Ordered oral argument of two substantive motions in the New York State Supreme Court, New York County before Hon Justice Paul Goetz on Thursday July 28, 2022 starting at 2:30 p.m. Based on the motion papers submitted to date we anticipate that it is likely that oral argument will take longer than an hour.

Honorable Honorable Ona T. Wang
Garmashov v. United States Parachute Association, Inc.
July 26, 2022
Page 2 of 2

    Please advise if Your Honor can accommodate this request.

                            Respectfully Submitted,

                            */s/ Keith R.M. Roussel*

                            Keith R.M. Roussel

cc: **VIA ECF**

Hall Booth Smith, P.C.
Attn.:
Mr. Alex Kaufman, Esq.
Mr. Eric M. Underriner, Esq.
191 Peachtree Street
Suite 2900
Atlanta, GA 30303-1775
AKaufman@hallboothsmith.com
eunderriner@hallboothsmith.com
*Counsel for Plaintiff*

Winget | Spadafora | Schwartzberg | LLP