UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| YURI GARMASHOV, | : |
| Plaintiff, | 21-CV-4917 (JGK) (OTW) |
| -against- | **SCHEDULING ORDER** |
| UNITED STATES PARACHUTE ASSOCIATION, INC., | |
| Defendant. | |

-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

Pursuant to the Court's discussions with the parties at the July 28, 2022, Pre-Settlement Conference Scheduling Call, the Court shall hold a Defendant-only Pre-Settlement Conference Scheduling Call. Defense counsel are directed to inform the Court of dates and times they are available by filing a letter on the docket by **August 4, 2022**.

Defense counsel shall make available on the call a representative of Defendant with settlement authority.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: July 28, 2022        **Ona T. Wang**
        New York, New York    United States Magistrate Judge