# Winget | Spadafora | Schwartzberg | LLP

NEW YORK:

45 Broadway
32nd Floor
New York, NY 10006

P (212) 221-6900
F (212) 221-6989
Roussel.K@wssllp.com

August 4, 2022

**VIA ECF**

The Honorable Ona T. Wang
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St. Room 20D
New York, NY 10007-1312
(212)-805-0260

   Re: *Garmashov v. United States Parachute Association, Inc.*
      Case no.: 1:21-cv-04917-JGK-OTW_____

Dear Judge Wang:

  Our firm represents Defendant United States Parachute Association, Inc., ("USPA") in the above-referenced matter. In accordance with Your Honor's July 28, 2022 Scheduling Order (ECF Doc No. 50) we are providing three possible dates for a Defendant-only Pre-Settlement Conference Scheduling Call.

  We and our client can be available on: (1) Thursday August 18, 2022 after 2:00 p.m.; (2) all day on Friday August 19, 2022; and (3) Wednesday August 24, 2022 after 2:00 p.m.

            Respectfully Submitted,

            */s/ Keith R.M. Roussel*

            Keith R.M. Roussel

Honorable Ona T. Wang
Garmashov v. United States Parachute Association, Inc.
August 4, 2022
Page 2 of 2

cc: **<u>VIA ECF</u>**

Hall Booth Smith, P.C.
Attn.:
Mr. Alex Kaufman, Esq.
Mr. Eric M. Underriner, Esq.
191 Peachtree Street
Suite 2900
Atlanta, GA 30303-1775
AKaufman@hallboothsmith.com
eunderriner@hallboothsmith.com
*Counsel for Plaintiff*