UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
YURI GARMASHOV,

          Plaintiff,

       -against-

UNITED STATES PARACHUTE ASSOCIATION, INC.,

          Defendant.
------------------------------------------------------------x

21-CV-4917 (JGK) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Pre-Settlement Conference Scheduling Call on Wednesday, August 24, 2022 at 2:30 p.m.** with Defendant and Defendant's counsel only. The dial in information is (866) 390-1828, access code 1582687.

      **SO ORDERED.**

Dated: August 5, 2022
      New York, New York

                                 *s/ Ona T. Wang*
                                 **Ona T. Wang**
                                 United States Magistrate Judge