UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
YURI GARMASHOV,

               Plaintiff,

               -against-

UNITED STATES PARACHUTE ASSOCIATION, INC.,

               Defendant.
------------------------------------------------------------x

21-CV-4917 (JGK) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court shall hold a Plaintiff-only Pre-Settlement Conference Call, with both Plaintiff and Plaintiff's counsel on the line. Plaintiff's counsel is directed to inform the Court of dates and times they are available in the month of October by filing a letter on the docket by **September 16, 2022**.

The parties are also directed to file a joint status letter on discovery by **September 16, 2022**.

Dated: August 24, 2022
        New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge