

Alex B. Kaufman
Phone: (404) 964-5587
akaufman@hallboothsmith.com

366 Madison Ave
5th Floor
New York, NY 10017

Office: (212) 805-3630
Fax: (917) 781-0811
www.hallboothsmith.com

August 26, 2022

**VIA ECF ONLY**
The Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

      RE:    Garmashov v. United States Parachute Association, Inc.
      Case No.:    1:21-cv-04917-JGK

Dear Judge Wang:

    This office represents Mr. Yuri Garmashov, the Plaintiff in the above referenced action. We are writing to respond to the Order filed August 24, 2022 to confirm that we are available on the following dates in October 2022: October 3, October 4, October 7 and October 11, to attend the Plaintiff-only Pre-Settlement Conference Call, with both Plaintiff and Plaintiff's counsel.

                           Very truly yours,

                           Alex B. Kaufman
                           FOR YURI GARMASHOV

ABK/acc

NEW YORK, NY

ALABAMA | ARKANSAS | COLORADO | FLORIDA | GEORGIA | NEW JERSEY | NEW YORK
NORTH CAROLINA | OKLAHOMA | SOUTH CAROLINA | TENNESSEE