**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

YURI GARMASHOV,                            :

                                    :

               Plaintiff,                  :                    21-CV-4917 (JGK) (OTW)

                                      :

            -against-                  :                    **ORDER**

                                      :

UNITED STATES PARACHUTE ASSOCIATION,       :
INC.,
                                      :

              Defendant.                  :

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court shall hold a Plaintiff-only Pre-Settlement Conference Call on **Tuesday,**

**October 11, 2022, at 3:30 p.m.** Plaintiff and Plaintiff's counsel are directed to dial into the

Chambers line by calling (212) 805-0260.


                                                          _s/ Ona T. Wang_

Dated: August 29, 2022
       New York, New York                         **Ona T. Wang**
                                       United States Magistrate Judge