**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

YURI GARMASHOV,

    Plaintiff,

v.

UNITED STATES PARACHUTE
ASSOCIATION, INC.,

    Defendant.

-----------------------------------------------------------X

Case No.: **1:21-cv-04917-JGK-OTW**

**NOTICE OF PLAINTIFF**
**YURI GARMASHOV'S**
**DEPOSITION**

TO: (VIA ECF)

HALL BOOTH SMITH, P.C.
Attn: Alex B. Kaufman, Esq.
366 Madison Avenue
5th Floor
New York, NY 10017
(212)-805-3630
(404)-954-5020 (fax)
*Counsel for Plaintiff Yuri Garmashov*

    **PLEASE TAKE NOTICE**, that in accordance with the Federal Rules of Civil Procedure, testimony will be taken of Plaintiff YURI GARMASHOV by deposition upon oral examination before a person authorized by the laws of the State of New York to administer oaths on **Thursday September 15, 2022 at 11:00 a.m.** at the offices of Winget, Spadafora & Schwartzberg, LLP, 45 Broadway, 32nd Floor New York, NY 10006 with respect to evidence material and necessary in the defense of this action, including but not limited to all relevant facts and circumstances in connection with the above-captioned lawsuit.

    Said examination will continue from day to day, excluding Saturdays, Sundays and legal holidays, until completed.

1

Said parties to be examined are required to produce at such examination all relevant books, papers, documents and/or pictures in said parties' custody and/or control.

Dated: New York, New York
September 6, 2022

**WINGET, SPADAFORA & SCHWARTZBERG, LLP**
*Attorneys for Defendant United States Parachute Association, Inc.*

By: ___*/s/ Keith Roussel*

Kenneth A. McLellan
Keith R. M. Roussel
45 Broadway, 32nd Floor
New York, New York 10006
(212)-221-6900
(212)-221-6989 (facsimile)