**Winget | Spadafora | Schwartzberg | LLP**

NEW YORK:

45 Broadway
32nd Floor
New York, NY 10006

P (212) 221-6900
F (212) 221-6989
Roussel.K@wssllp.com

February 7, 2023

**VIA ECF**

The Honorable Ona T. Wang
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St. Room 20D
New York, NY 10007-1312
(212)-805-0260

      Re:    *Garmashov v. United States Parachute Association, Inc.*
              Case no.: 1:21-cv-04917-JGK-OTW

Dear Judge Wang:

      Our firm represents Defendant United States Parachute Association, Inc., ("USPA") in the above-referenced matter. On November 29, 2022 Hon. John G. Koetltl issued the enclosed Memorandum Opinion and Order (See ECF, Doc. No. 63) which stated in relevant part: "The Magistrate Judge should supervise the execution of the settlement agreement and the dismissal of this case in accordance with the settlement agreement."

      Counsel of Record have been diligently working to reach an agreement, but there are issues concerning language in the agreement that have arisen that the parties have not been able to resolve.

      We would appreciate if Your Honor could schedule a remote conference to help resolve the issues that have arisen so that this settlement can be finalized.

                              Respectfully Submitted,

                              */s/ Keith R.M. Roussel*

                              Keith R.M. Roussel

Honorable Ona T. Wang
Garmashov v. United States Parachute Association, Inc.
February 7, 2023
Page 2 of 2

cc: **VIA ECF**

Hall Booth Smith, P.C.
Attn.:
Mr. Eric M. Underriner, Esq.
191 Peachtree Street
Suite 2900
Atlanta, GA 30303-1775
eunderriner@hallboothsmith.com
*Counsel for Plaintiff*

Mr. Alex B Kaufman, Esq.
Chalmers, Adams, Backer & Kaufman, LLC
5805 State Bridge Rd
Ste #G77
Johns Creek, GA 30097
404-964-5587
akaufman@chalmersadams.com
*Counsel for Plaintiff*

Winget | Spadafora | Schwartzberg | LLP