**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
 YURI GARMASHOV,                              :
                                              :
                Plaintiff,                    :         21-CV-4917 (JGK) (OTW)
                                              :
           -against-                          :         ORDER
                                              :
 UNITED STATES PARACHUTE ASSOCIATION,         :
 INC.,                                        :
                                              :
                Defendant.                    :
                                              :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court shall hold an in-person conference in this matter on **Tuesday, April 4, 2023 at 10:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Persons with full settlement authority **from both parties** shall be present at the conference. Plaintiff's motion for contempt (ECF 65) is **STAYED**.

**The Court will not hear or revisit modifications to the parties' settlement language discussed in past Pre-Settlement Calls with the Court.**

Dated: February 13, 2023
       New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge