# Exhibit "A"

# Kenneth McLellan

| | |
|---|---|
| **From:** | Kenneth McLellan |
| **Sent:** | Monday, February 20, 2023 6:43 PM |
| **To:** | Alex Kaufman |
| **Cc:** | Keith Roussel; eunderriner@hallboothsmith.com |
| **Subject:** | Garmashov v .USPA |
| **Attachments:** | 2023.02.20, Letter to A. Kaufman.pdf; 2023.02.21 Garmashov Settlement Agreement, Proposed.pdf |

| **Tracking:** | **Recipient** | **Delivery** |
|---|---|---|
| | Alex Kaufman | |
| | Keith Roussel | Delivered: 2/20/2023 6:43 PM |
| | eunderriner@hallboothsmith.com | |

Mr. Kaufman-

Annexed please find an updated and revised proposed settlement agreement and stipulation of dismissal with prejudice. Please review the attached, and let us know your thoughts.

Thank you.

-Ken

Very truly yours,

Kenneth A. McLellan
*Partner*
(Admitted in NY and NJ)
WINGET, SPADAFORA & SCHWARTZBERG, LLP
45 Broadway, 32nd Floor
New York, New York 10006
212.221.6900 (Office)
212.221.6989 (Fax)
646.265.4894 (Cell)
mclellan.k@wssllp.com

  -and-

65 East Route 4, Suite 201
River Edge, New Jersey 07661
973-221-8200 (Office)
973-221-8201 (Fax)
mclellan.k@wssllp.com

www.wssllp.com


**Connect with us**

1



**WSSLLP.com | Mailing List**



PLEASE NOTE, THIS MESSAGE IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR OTHERWISE PROTECTED FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT OR OTHERWISE HAVE RECEIVED THIS EMAIL IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY RETURN EMAIL, AND DELETE THIS MESSAGE AND ALL ATTACHMENTS FROM YOUR COMPUTER SYSTEM.

IRS CIRCULAR 230 DISCLOSURE: TO ENSURE COMPLIANCE WITH U.S. TREASURY REGULATIONS GOVERNING TAX PRACTICE, WE INFORM YOU THAT:     ANY U.S. TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ATTACHMENTS) WAS NOT WRITTEN TO BE USED FOR AND CANNOT BE USED FOR (I) PURPOSES OF AVOIDING ANY TAX RELATED PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAWS, OR (II) THE PROMOTION, MARKETING OR RECOMMENDING TO ANOTHER PARTY OF ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

THE INFORMATION IN THIS E-MAIL AND IN ANY ATTACHMENTS IS CONFIDENTIAL AND MAY BE PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE DESTROY THIS COMMUNICATION AND NOTIFY THE SENDER IMMEDIATELY. YOU SHOULD NOT RETAIN, COPY OR USE THIS E-MAIL FOR ANY PURPOSE, NOR DISCLOSE ALL OR ANY PART OF ITS CONTENTS TO ANY OTHER PERSON OR PERSONS.

**Winget | Spadafora | Schwartzberg | LLP**

NEW YORK:
45 Broadway
32nd Floor
New York, NY 10006

P (212) 221-6900
F (212) 221-6989
McLellan.k@wssllp.com

February 20, 2023

**VIA EMAIL ONLY**
**akaufman@chalmersadams.com**

Alex B. Kaufman, Esq.
Chalmers, Adams, Backer & Kaufman, LLC
11770 Haynes Bridge Road #205-219
Alpharetta, GA 30009-1968
T:  404-964-5587

| | | |
|---|---|---|
| Re: | Matter: | Garmashov, Yuri v. USPA, Inc. |
| | Venue: | U.S. District Court, Southern District of New York, |
| | Docket No.: | 1:21-CV-04917 |
| | Our File No.: | 03021-26769 |

Dear Mr. Kaufman:

We hope this letter finds you well.

As you know, we represent the United States Parachute Association, Inc. ("USPA") in the above-referenced matter.

As you are aware, we recently filed a request for a conference with Magistrate Judge Wang. (Dkt. 64).  Thereafter, you filed a motion seeking to hold the USPA in contempt. (Dkt. 65).  Mag. Judge Wang then stayed your motion and set down this matter for an in-person conference on April 4, 2023, in the Southern District of New York. (Dkt. 66).

We write as part of our continuing good faith effort to finalize and close this matter.  We understand that your goal at this time is to secure a settlement payment for your client without further delay and close this case.  Our goal is to ensure that we have an agreement in place that protects the USPA, Inc., and is in accordance with Judge Koeltl's order of November 29, 2022 (Dkt. 63).  With that agreement in place, the USPA, Inc., will be enabled to issue a settlement payment in an expedited fashion via wire transfer, as you have requested.

Garmashov v. USPA
Our File No.: 03021-26769
February 20, 2023
Page 2 of 3

      We have no interest in rehashing prior debates about the agreement. Like you and your client, we and the USPA desire to close out this case as soon as possible, without the need for further Court intervention.

      To that end, we have prepared a revised, streamlined and simplified settlement agreement that we hope will set the stage for resolution of this matter hopefully by the end of this month, and well before the April 4, 2023 conference date set by the Court.

      The agreement contains a proposed accelerated timetable for payment upon execution, i.e., wire transfer within three (3) business days of Mr. Garmashov's execution of the settlement agreement.

      A confidentiality provision remains in the proposed agreement. Though the Court has revealed the monetary amount of the settlement, it can still be kept confidential. The amount does not have to be broadcast by Mr. Garmashov, and, to that end, we have included a mutual non-disparagement agreement.

      Lastly, release language addressing any application of California Civil Code Section 1542 has been included. Originally, this case was pending in California and was dismissed without prejudice, and the claims in the New York Complaint are based, in part, upon a California statute. Accordingly, in order to protect the USPA, we have included that language.

      Judge Koeltl's Order of November 29, 2022, contemplated entry into a settlement agreement.

      Please review the terms of the latest draft of the agreement and advise of your position.

      You can respond by email, or, if you wish to have a telephone conference, we can make ourselves available. Wednesday, February 23, 2023 at 10AM would be the best time for us to discuss this week. If that date is not available, then we can set a mutually convenient date/tine next week.

      Thank you for your attention to this matter. Please feel free to contact me directly with any questions either by email mclellan.k@wssllp.com or my cell phone 646-265-4894.

      Very truly yours,

      */s/ Kenneth A. McLellan*

      Kenneth A. McLellan

Winget | Spadafora | Schwartzberg | LLP

Garmashov v. USPA
Our File No.:  03021-26769
February 20, 2023
Page 3 of 3


KAM:tms

Encs.

cc with Encs. via e-mail only:

Outgoing Counsel of Record for Plaintiff

Eric M. Underriner, Esq.
Hall Booth Smith, P.C.
2710 Old Milton Parkway
Suite 200
Alpharetta, GA 30009

Email:  eunderriner@hallboothsmith.com
T: 404.586.6624

# CONFIDENTIAL SETTLEMENT AND MUTUAL RELEASE AGREEMENT





1. **Settlement Payment.**

2. **Dismissal of the Legal Action with Prejudice.**

3. **<u>Mutual Release</u>.** 



4. **Voluntary Execution and Review; Joint Drafting.**

5. **Entire Agreement.**

6. **No Admission of Wrongdoing.** ███████████████

███████████████████████████████████████████████████████████████████████████████████████████

7. **Amendments.** ███████████████████████████

███████████████████████████████████████

8. **Confidentiality and Mutual Non-Disclosure.** ███████████████

███████████████████████████████████████████████████████████████████████████████████████████



9. **Counterparts.**

10. **<u>Attorneys' Fees</u>.** ███



11. **<u>Governing Law.</u>** ███

IN WITNESS HEREOF, THE PARTIES hereto, by their duly authorized representatives as appropriate, have executed this **CONFIDENTIAL SETTLEMENT AND MUTUAL RELEASE AGREEMENT** as of the Execution Date.

_____                                    _____
**YURI GARMASHOV**                                                              **Date**


**UNITED STATES PARACHUTE ASSOCIATION, INC.**


_____                                    _____
**By:   ALBERT BERCHTOLD**                                                      **Date**
         **Executive Director**

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YURI GARMASHOV,

    Plaintiff,

vs.

UNITED STATES PARACHUTE ASSOCIATION, INC.,

    Defendant.

Case No.: **1:21-cv-04917-JGK-OTW**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** pursuant to a confidential settlement and mutual release agreement entered into February 21, 2023, Plaintiff YURI GARMASHOV and Defendant UNITED STATES PARACHUTE ASSOCIATION, INC., through their respective undersigned counsel, file this joint stipulation dismissing, with prejudice and without costs to any party, pursuant to **Fed.R.Civ.P. 41(a)(1)(A)(ii)** all claims and counterclaims that were asserted or could have been asserted in the above captioned action.

**IT IS FURTHER STIPULATED AND AGREED,** that this Stipulation may be executed in counterparts and filed without further notice with the Clerk of the Court.

Dated: New York, New York
      February 21, 2023

/s/
Eric Martin Underriner, Esq.
HALL BOOTH SMITH, P.C.
366 Madison Avenue, 5th Floor
New York, New York 10017
(212)-805-3630
eunderriner@hallboothsmith.com
*Attorneys for Plaintiff*
*Yuri Garmashov*

/s/
Kenneth A. McLellan, Esq.
WINGET, SPADAFORA & SCHWARTZBERG, LLP
45 Broadway, 32nd Floor
New York, New York 10006
(212)-221-6900
McLellan.K@wsllp.com
*Attorneys for Defendant*
*United States Parachute Association, Inc.*