# Exhibit "C"

**Kenneth McLellan**

| | |
|---|---|
| **From:** | Kenneth McLellan |
| **Sent:** | Tuesday, February 21, 2023 4:13 PM |
| **To:** | akaufman@chalmersadams.com |
| **Cc:** | eunderriner@hallboothsmith.com; Keith Roussel |
| **Subject:** | Garmashov v .USPA |
| **Attachments:** | Clean Execution Copy.pdf; Redline Version.pdf |

| **Tracking:** | **Recipient** | **Delivery** |
|---|---|---|
| | akaufman@chalmersadams.com | |
| | eunderriner@hallboothsmith.com | |
| | Keith Roussel | Delivered: 2/21/2023 4:13 PM |

Alex,

Thank you for confirming that Mr. Garmashov's only objection to the 2/21 draft of the Settlement Agreement is the second and third paragraphs of Section 8. While USPA disagrees that these two paragraphs fall outside the scope of the parties' settlement as determined by Judge Koeltl, USPA will agree to remove those paragraphs in an effort to finalize the Settlement Agreement and avoid an unnecessary delay and unnecessary involvement of the Court. Attached is a clean final version of the Settlement Agreement and a redlined version showing the changes from the 2/21 draft. Please have Mr. Garmashov execute and send me the executed version today.

USPA will not agree to pay the ▮▮▮▮▮ that Mr. Garmashov claims as interest and attorney's fees since Judge Koeltl's Order does not state that Mr. Garmashov is entitled to any interest or attorney's fees related to drafting and finalizing the long form Settlement Agreement.

USPA will also not agree to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Judge Koeltl's Order does not mention reinstatement because, as you well know, the parties ultimately did not agree on reinstatement as part of the settlement. Mr. Garmashov's request for interest, fees and reinstatement is clearly contrary to (and, in our view, a violation of) Judge Koeltl's Order.

The time has come for the parties to finalize the Settlement Agreement and move forward. In light of USPA's agreement to remove the only two provisions of the 2/21 draft of the settlement agreement that Mr. Garmashov objected to, we expect Mr. Garmashov to execute the attached final Settlement Agreement today.

Thank you.

-Ken

Very truly yours,

Kenneth A. McLellan
*Partner*
(Admitted in NY and NJ)
WINGET, SPADAFORA & SCHWARTZBERG, LLP

45 Broadway, 32nd Floor
New York, New York 10006
212.221.6900 (Office)
212.221.6989 (Fax)
646.265.4894 (Cell)
mclellan.k@wssllp.com

     -and-

65 East Route 4, Suite 201
River Edge, New Jersey 07661
973-221-8200 (Office)
973-221-8201 (Fax)
mclellan.k@wssllp.com

www.wssllp.com

**Connect with us**



**WSSLLP.com** | **Mailing List**



PLEASE NOTE, THIS MESSAGE IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR OTHERWISE PROTECTED FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT OR OTHERWISE HAVE RECEIVED THIS EMAIL IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY RETURN EMAIL, AND DELETE THIS MESSAGE AND ALL ATTACHMENTS FROM YOUR COMPUTER SYSTEM.

IRS CIRCULAR 230 DISCLOSURE: TO ENSURE COMPLIANCE WITH U.S. TREASURY REGULATIONS GOVERNING TAX PRACTICE, WE INFORM YOU THAT:     ANY U.S. TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ATTACHMENTS) WAS NOT WRITTEN TO BE USED FOR AND CANNOT BE USED FOR (I) PURPOSES OF AVOIDING ANY TAX RELATED PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAWS, OR (II) THE PROMOTION, MARKETING OR RECOMMENDING TO ANOTHER PARTY OF ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

THE INFORMATION IN THIS E-MAIL AND IN ANY ATTACHMENTS IS CONFIDENTIAL AND MAY BE PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE DESTROY THIS COMMUNICATION AND NOTIFY THE SENDER IMMEDIATELY. YOU SHOULD NOT RETAIN, COPY OR USE THIS E-MAIL FOR ANY PURPOSE, NOR DISCLOSE ALL OR ANY PART OF ITS CONTENTS TO ANY OTHER PERSON OR PERSONS.

**CONFIDENTIAL SETTLEMENT AND MUTUAL RELEASE AGREEMENT**





1.  **Settlement Payment**. 

2.  **Dismissal of the Legal Action with Prejudice**.

3.    **Mutual Release.** 



4.    <u>**Voluntary Execution and Review; Joint Drafting**</u>. 

5.    <u>**Entire Agreement**</u>. 

6.    **<u>No Admission of Wrongdoing</u>**. ███████████████████



7.    **<u>Amendments</u>**. ███████████████

8.    **<u>Confidentiality and Mutual Non-Disclosure</u>**. ███████████



9.    **<u>Counterparts</u>.**

10. **<u>Attorneys' Fees</u>.** ███████████████████████



11. **<u>Governing Law.</u>** ██ ███ ██ █████ █████ █ █████

**IN WITNESS HEREOF, THE PARTIES** hereto, by their duly authorized representatives as appropriate, have executed this **CONFIDENTIAL SETTLEMENT AND MUTUAL RELEASE AGREEMENT** as of the Execution Date.

_____      _____
**YURI GARMASHOV**                              **Date**



**UNITED STATES PARACHUTE**
**ASSOCIATION, INC.**


_____      _____
**By:   ALBERT BERCHTOLD**                      **Date**
       **Executive Director**

# EXHIBIT A

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

YURI GARMASHOV,

     Plaintiff,

        vs.

UNITED STATES PARACHUTE
ASSOCIATION, INC.,

     Defendant.

Case No.: **1:21-cv-04917-JGK-OTW**

<u>**STIPULATION OF DISMISSAL
WITH PREJUDICE**</u>

     **IT IS HEREBY STIPULATED AND AGREED** pursuant to a confidential settlement and mutual release agreement entered into February 22~~1~~, 2023, Plaintiff YURI GARMASHOV and Defendant UNITED STATES PARACHUTE ASSOCIATION, INC., through their respective undersigned counsel, file this joint stipulation dismissing, with prejudice and without costs to any party, pursuant to **Fed.R.Civ.P. 41(a)(1)(A)(ii)** all claims and counterclaims that were asserted or could have been asserted in the above captioned action.

     **IT IS FURTHER STIPULATED AND AGREED,** that this Stipulation may be executed in counterparts and filed without further notice with the Clerk of the Court.

Dated: New York, New York
     February 22~~1~~, 2023

/s/_____
Eric Martin Underriner, Esq.
HALL BOOTH SMITH, P.C.
366 Madison Avenue, 5th Floor
New York, New York 10017
(212)-805-3630
eunderriner@hallboothsmith.com
*Attorneys for Plaintiff*
*Yuri Garmashov*

/s/_____
Kenneth A. McLellan, Esq.
WINGET, SPADAFORA &
SCHWARTZBERG, LLP
45 Broadway, 32nd Floor
New York, New York 10006
(212)-221-6900
McLellan.K@wssllp.com
*Attorneys for Defendant*
*United States Parachute Association, Inc.*

**CONFIDENTIAL SETTLEMENT AND MUTUAL RELEASE AGREEMENT**





1.    <u>**Settlement Payment**</u>.

2.    <u>**Dismissal of the Legal Action with Prejudice**</u>.

3.     **<u>Mutual Release</u>**. 



4.    <u>**Voluntary Execution and Review; Joint Drafting**</u>.



5.    <u>**Entire Agreement**</u>.



6.      **No Admission of Wrongdoing.** ███████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

7.      **Amendments.** ███████████████████████████

██████████████████████████████████████

8.      **Confidentiality and Mutual Non-Disclosure.** ████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████



9.   **Counterparts.**

10.   **Attorneys' Fees.**

11.   **Governing Law.**



**IN WITNESS HEREOF, THE PARTIES** hereto, by their duly authorized representatives as appropriate, have executed this **CONFIDENTIAL SETTLEMENT AND MUTUAL RELEASE AGREEMENT** as of the Execution Date.

_____                    _____

**YURI GARMASHOV**                                          **Date**

**UNITED STATES PARACHUTE
ASSOCIATION, INC.**

_____                    _____

**By:    ALBERT BERCHTOLD
          Executive Director**

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

YURI GARMASHOV,

    Plaintiff,

        vs.

UNITED STATES PARACHUTE
ASSOCIATION, INC.,

    Defendant.

Case No.: **1:21-cv-04917-JGK-OTW**

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

       **IT IS HEREBY STIPULATED AND AGREED** pursuant to a confidential settlement and mutual release agreement entered into February 22, 2023, Plaintiff YURI GARMASHOV and Defendant UNITED STATES PARACHUTE ASSOCIATION, INC., through their respective undersigned counsel, file this joint stipulation dismissing, with prejudice and without costs to any party, pursuant to **Fed.R.Civ.P. 41(a)(1)(A)(ii)** all claims and counterclaims that were asserted or could have been asserted in the above captioned action.

       **IT IS FURTHER STIPULATED AND AGREED,** that this Stipulation may be executed in counterparts and filed without further notice with the Clerk of the Court.

Dated: New York, New York
     February 22, 2023

/s/_____
Eric Martin Underriner, Esq.
HALL BOOTH SMITH, P.C.
366 Madison Avenue, 5th Floor
New York, New York 10017
(212)-805-3630
eunderriner@hallboothsmith.com
*Attorneys for Plaintiff*
*Yuri Garmashov*

/s/_____
Kenneth A. McLellan, Esq.
WINGET, SPADAFORA &
SCHWARTZBERG, LLP
45 Broadway, 32nd Floor
New York, New York 10006
(212)-221-6900
McLellan.K@wssllp.com
*Attorneys for Defendant*
*United States Parachute Association, Inc.*