# Exhibit "E"

**Kenneth McLellan**

| | |
|---|---|
| **From:** | Kenneth McLellan |
| **Sent:** | Wednesday, February 22, 2023 9:09 PM |
| **To:** | 'Alex Kaufman' |
| **Cc:** | eunderriner@hallboothsmith.com; Keith Roussel |
| **Subject:** | Garmashov v. USPA |
| **Attachments:** | 2023.02.23, Revised Settlement Agreement, Redlined PDF-XPS.pdf; 2023.02.23 Garmashov Settlement Agreement Clean Execution Copy.pdf |

Alex,

Thank you for confirming that the current version of the Settlement Agreement mirrors the parties' agreement as set forth in Judge Koeltl's order.  We agree.  And thank you for clarifying that the only reason Mr. Garmashov will not sign the Settlement Agreement is his concern that the mutual release contained in the Settlement Agreement will constitute a waiver of his claim against USPA for fees and costs that Mr. Garmashov claims to have incurred as a result of USPA's alleged failure to comply with Koeltl's order, which is the subject of the contempt motion that Mr. Garmashov filed on February 10, 2023 (Doc. No. 65).

In order to avoid further unnecessary delay in executing the Settlement Agreement, USPA stipulates that it will not oppose Mr. Garmashov's contempt motion on the basis that his execution of the Settlement Agreement waived his contempt claim against USPA based on USPA's alleged failure to comply with Koeltl's order.  If the Magistrate lifts the stay on Mr. Garmashov's contempt motion, USPA will oppose the motion on other grounds.

Now that we have resolved the only outstanding issue preventing execution of the Settlement Agreement, please have Mr. Garmashov execute the attached version of the Settlement Agreement which is identical to the last version except that the dates have been changed and we modified one sentence in the second paragraph of the settlement agreement to address potential scenarios referable to your pending motion for contempt against the USPA.

-Ken

Very truly yours,

Kenneth A. McLellan
*Partner*
(Admitted in NY and NJ)
WINGET, SPADAFORA & SCHWARTZBERG, LLP
45 Broadway, 32nd Floor
New York, New York 10006
212.221.6900 (Office)
212.221.6989 (Fax)
646.265.4894 (Cell)
mclellan.k@wssllp.com

        -and-

65 East Route 4, Suite 201
River Edge, New Jersey 07661
973-221-8200 (Office)
973-221-8201 (Fax)

mclellan.k@wssllp.com

www.wssllp.com

**Connect with us**



**WSSLLP.com** | **Mailing List**



PLEASE NOTE, THIS MESSAGE IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR OTHERWISE PROTECTED FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT OR OTHERWISE HAVE RECEIVED THIS EMAIL IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY RETURN EMAIL, AND DELETE THIS MESSAGE AND ALL ATTACHMENTS FROM YOUR COMPUTER SYSTEM.

IRS CIRCULAR 230 DISCLOSURE: TO ENSURE COMPLIANCE WITH U.S. TREASURY REGULATIONS GOVERNING TAX PRACTICE, WE INFORM YOU THAT:     ANY U.S. TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ATTACHMENTS) WAS NOT WRITTEN TO BE USED FOR AND CANNOT BE USED FOR (I) PURPOSES OF AVOIDING ANY TAX RELATED PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAWS, OR (II) THE PROMOTION, MARKETING OR RECOMMENDING TO ANOTHER PARTY OF ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

THE INFORMATION IN THIS E-MAIL AND IN ANY ATTACHMENTS IS CONFIDENTIAL AND MAY BE PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE DESTROY THIS COMMUNICATION AND NOTIFY THE SENDER IMMEDIATELY. YOU SHOULD NOT RETAIN, COPY OR USE THIS E-MAIL FOR ANY PURPOSE, NOR DISCLOSE ALL OR ANY PART OF ITS CONTENTS TO ANY OTHER PERSON OR PERSONS.

**CONFIDENTIAL SETTLEMENT AND MUTUAL RELEASE AGREEMENT**





1. **<u>Settlement Payment</u>.**

2. **<u>Dismissal of the Legal Action with Prejudice</u>.**



3.    **Mutual Release.**



4.    **<u>Voluntary Execution and Review; Joint Drafting</u>.** ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5.    **<u>Entire Agreement</u>.** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

6.      **No Admission of Wrongdoing.** ███████████████████

7.      **Amendments.** ████████████████

8.      **Confidentiality and Mutual Non-Disclosure.** ████████████

█████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

9.    **<u>Counterparts</u>.** ██████████████████████████████████

██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

10.    **<u>Attorneys' Fees</u>.** ██████████████████████████████████,

███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

11.    **<u>Governing Law.</u>** ██ ███ ██ █████ █████ ██ █████,

██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████



**IN WITNESS HEREOF, THE PARTIES** hereto, by their duly authorized representatives as appropriate, have executed this **CONFIDENTIAL SETTLEMENT AND MUTUAL RELEASE AGREEMENT** as of the Execution Date.


_____          _____
**YURI GARMASHOV**                        **Date**



**UNITED STATES PARACHUTE ASSOCIATION, INC.**



_____          _____
**By:    ALBERT BERCHTOLD**               **Date**
       **Executive Director**

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

YURI GARMASHOV,

    Plaintiff,

        vs.

UNITED STATES PARACHUTE
ASSOCIATION, INC.,

    Defendant.

Case No.: **1:21-cv-04917-JGK-OTW**

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**


      **IT IS HEREBY STIPULATED AND AGREED** pursuant to a confidential settlement and mutual release agreement entered into February 2~~3~~2, 2023, Plaintiff YURI GARMASHOV and Defendant UNITED STATES PARACHUTE ASSOCIATION, INC., through their respective undersigned counsel, file this joint stipulation dismissing, with prejudice and without costs to any party, pursuant to **Fed.R.Civ.P. 41(a)(1)(A)(ii)** all claims and counterclaims that were asserted or could have been asserted in the above captioned action.

      **IT IS FURTHER STIPULATED AND AGREED,** that this Stipulation may be executed in counterparts and filed without further notice with the Clerk of the Court.

Dated: New York, New York
      February 2~~3~~2, 2023


/s/_____

Eric Martin Underriner, Esq.
HALL BOOTH SMITH, P.C.
366 Madison Avenue, 5th Floor
New York, New York 10017
(212)-805-3630
eunderriner@hallboothsmith.com
*Attorneys for Plaintiff*
*Yuri Garmashov*

/s/_____

Kenneth A. McLellan, Esq.
WINGET, SPADAFORA &
SCHWARTZBERG, LLP
45 Broadway, 32nd Floor
New York, New York 10006
(212)-221-6900
McLellan.K@wssllp.com
*Attorneys for Defendant*
*United States Parachute Association, Inc.*

**CONFIDENTIAL SETTLEMENT AND MUTUAL RELEASE AGREEMENT**





1.    **<u>Settlement Payment</u>**.

2.    **<u>Dismissal of the Legal Action with Prejudice</u>**.

3.    **<u>Mutual Release</u>.** 



4.    **<u>Voluntary Execution and Review; Joint Drafting</u>.** ███████████

5.    **<u>Entire Agreement</u>.** ████████████████████████

6.    **<u>No Admission of Wrongdoing</u>.** ███████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

7.    **<u>Amendments</u>.** ███████████████████████

████████████████████████████████.

8.    **<u>Confidentiality and Mutual Non-Disclosure</u>.** ██████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████



9.      **Counterparts.**

10.     **Attorneys' Fees.**

11.     **Governing Law.**



**IN WITNESS HEREOF, THE PARTIES** hereto, by their duly authorized representatives as appropriate, have executed this **CONFIDENTIAL SETTLEMENT AND MUTUAL RELEASE AGREEMENT** as of the Execution Date.


_____                    _____
**YURI GARMASHOV**                                              **Date**



**UNITED STATES PARACHUTE ASSOCIATION, INC.**



_____                    _____
**By:    ALBERT BERCHTOLD**                                    **Date**
**        Executive Director**

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

YURI GARMASHOV,

     Plaintiff,

        vs.

UNITED STATES PARACHUTE
ASSOCIATION, INC.,

     Defendant.

Case No.: **1:21-cv-04917-JGK-OTW**

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

     **IT IS HEREBY STIPULATED AND AGREED** pursuant to a confidential settlement and mutual release agreement entered into February 23, 2023, Plaintiff YURI GARMASHOV and Defendant UNITED STATES PARACHUTE ASSOCIATION, INC., through their respective undersigned counsel, file this joint stipulation dismissing, with prejudice and without costs to any party, pursuant to **Fed.R.Civ.P. 41(a)(1)(A)(ii)** all claims and counterclaims that were asserted or could have been asserted in the above captioned action.

     **IT IS FURTHER STIPULATED AND AGREED,** that this Stipulation may be executed in counterparts and filed without further notice with the Clerk of the Court.

Dated: New York, New York
      February 23, 2023

/s/_____
Eric Martin Underriner, Esq.
HALL BOOTH SMITH, P.C.
366 Madison Avenue, 5th Floor
New York, New York 10017
(212)-805-3630
eunderriner@hallboothsmith.com
*Attorneys for Plaintiff*
*Yuri Garmashov*

/s/_____
Kenneth A. McLellan, Esq.
WINGET, SPADAFORA &
SCHWARTZBERG, LLP
45 Broadway, 32nd Floor
New York, New York 10006
(212)-221-6900
McLellan.K@wssllp.com
*Attorneys for Defendant*
*United States Parachute Association, Inc.*