AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Yuri Garmashov | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-04917-JGK-OTW |
| United States Parachute Association, Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant United States Parachute Association, Inc.

Date: 03/30/2023

s/ Steven R. Campbell
*Attorney's signature*

Steven R. Campbell 5638622
*Printed name and bar number*

Alston & Bird LLP
90 Park Avenue
New York, NY 10016
*Address*

steven.campbell@alston.com
*E-mail address*

(212) 210-9429
*Telephone number*

(212) 210-9444
*FAX number*