# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YURI GARMASHOV, | CASE NO. |
| Plaintiff, | 1:21-CV-04917-JGK |
| v. | |
| UNITED STATES PARACHUTE ASSOCIATION, INC., | |
| Defendant. | |

## NOTICE OF MOTION

**Chalmers, Adams, Backer & Kaufman, LLC**

11770 Haynes Bridge Road
#205-219
Alpharetta, GA 30009-1968
AKaufman@ChalmersAdams.com
(404) 964-5587
*Counsel for Plaintiff Yuri Garmashov*

Attorneys:
Alex B. Kaufman, Esq.

PLEASE TAKE NOTICE, that upon the accompanying Motion for Contempt, along with all prior proceedings herein, Plaintiff, Yuri Garmashov, will move this Court before the United States District Court, Judge John G. Koeltl, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be set by the Court, to find Defendant, United States Parachute Association, in contempt of court for not complying with this Court's Order dated November 29, 2022 and for attorneys fees, together with such other and further relief as this Court deems just and proper.

Respectfully submitted this 31st day of March, 2023,

**Chalmers, Adams, Backer & Kaufman, LLC**

*/s/ Alex B. Kaufman*

Alex B. Kaufman, Esq.
*Counsel for Plaintiff Yuri Garmashov*

## CERTIFICATION OF SERVICE

Alex Kaufman, an attorney admitted to practice in the Courts of the State of New York, hereby certifies as follows:

I am an attorney licensed to practice in the State of New York and licensed to practice before this Court. I am a partner at the law firm of Chalmers, Adams, Backer & Kaufman, LLC. I am over eighteen years of age. I am not a party to this action.

On March 31, 2023, I caused a copy (1) Notice of Motion, and (2) Reply To Defendant's Memorandum of Law In Opposition to Plaintiff Yuri Garmashov's Motion For Contempt, to be served on the following party, via ECF/PACER, which was provided to the Court and is currently reflected on the docket:

Winget, Spadafora & Schwartzberg, LLP
45 Broadway, 32nd Floor
New York, New York 10006
(212) 221-6900
Kenneth McLellan mclellan.k@wssllp.com
Keith Roussel Roussel.k@wssllp.com

Dated: March 31, 2023
      New York, NY

**Chalmers, Adams, Backer & Kaufman, LLC**

*/s/ Alex B. Kaufman*

Alex B. Kaufman, Esq. (5362264)