# EXHIBIT A

**Chalmers, Adams, Backer & Kaufman, LLC**
5805 State Bridge Road #G77
Johns Creek, GA 30097



**Yuri Garmashov**

**Invoice 26952**

| | |
|---|---|
| **Date** | Mar 17, 2023 |
| **Terms** | Net 30 |
| **Service Thru** | Feb 28, 2023 |

**In Reference To: v US Parachute Association (Labor)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 02/08/2023 | KJC | Drafting Motion for Contempt | 1.30 | $ 400.00/hr | $ 520.00 |
| 02/08/2023 | KJC | Researched standards for contempt, attorneys' fees, and the local rules. | 1.30 | $ 400.00/hr | $ 520.00 |
| 02/09/2023 | KJC | Drafting Motion For Contempt | 1.20 | $ 400.00/hr | $ 480.00 |
| 02/09/2023 | PRT | review draft motion for contempt | 0.30 | $ 400.00/hr | $ 120.00 |
| 02/09/2023 | PRT | review draft motion for contempt | 4.30 | $ 400.00/hr | $ 1,720.00 |
| 02/09/2023 | KJC | Drafting Motion For Contempt (Attorneys' Fees) | 2.40 | $ 400.00/hr | $ 960.00 |
| 02/09/2023 | PRT | Research law and update draft motion for contempt | 0.90 | $ 400.00/hr | $ 360.00 |
| 02/10/2023 | PRT | Research law and update draft motion for contempt | 1.60 | $ 400.00/hr | $ 640.00 |
| 02/10/2023 | KJC | Researching District Judge's Orders | 0.50 | $ 400.00/hr | $ 200.00 |
| 02/10/2023 | ABK | Review and revise motion for contempt | 2.00 | $ 500.00/hr | $ 1,000.00 |
| 02/10/2023 | ABK | Conference with KJC re strategy and revision to motion. File motion on Pacer | 1.00 | $ 500.00/hr | $ 500.00 |
| 02/10/2023 | PRT | Update motion to include interest and per diem sanctions; Finalize motion | 3.10 | $ 400.00/hr | $ 1,240.00 |
| 02/10/2023 | KJC | Editing/organizing contempt and attorneys' fees arguments<br>Drafting interest and sanctions arguments | 1.60 | $ 400.00/hr | $ 640.00 |
| 02/10/2023 | KJC | Formatting and creating table of contents | 0.60 | $ 400.00/hr | $ 240.00 |
| 02/10/2023 | KJC | Finalizing arguments and background | 0.90 | $ 400.00/hr | $ 360.00 |

**Chalmers, Adams, Backer & Kaufman, LLC**
5805 State Bridge Road #G77
Johns Creek, GA 30097



**Yuri Garmashov**

**Invoice 26952**

| | |
|---:|:---|
| **Date** | Mar 17, 2023 |
| **Terms** | Net 30 |
| **Service Thru** | Feb 28, 2023 |

| | |
|---:|---:|
| **Total Hours** | 23.00 hrs |
| **Total Labor** | $ 9,500.00 |
| **Total Invoice Amount** | $ 9,500.00 |
| **Previous Balance** | $ 0.00 |
| **Balance (Amount Due)** | **$ 9,500.00** |

**Chalmers, Adams, Backer & Kaufman, LLC**
5805 State Bridge Road #G77
Johns Creek, GA 30097



Yuri Garmashov



**Invoice 26968**

| Date | Mar 31, 2023 |
|---|---|
| **Terms** | N/A |
| **Service Thru** | Apr 04, 2023 |

**In Reference To: v US Parachute Association (Labor)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 03/21/2023 | KJC | Review of Defendant's Response to Motion for Contempt and Local Rules Research. | 1.40 | $ 400.00/hr | $ 560.00 |
| 03/21/2023 | KJC | Drafting Reply to Defendant's Memorandum of Law in Opposition of Motion for Contempt. | 0.80 | $ 400.00/hr | $ 320.00 |
| 03/28/2023 | KJC | Drafting Response. | 1.20 | $ 400.00/hr | $ 480.00 |
| 03/30/2023 | ABK | Correspondence with KCline re reply. Review file and email history with opposing counsel. Correspondence with client RE settlement. 2x calls with opposing counsel RE settlement (.3) | 0.75 | $ 500.00/hr | $ 375.00 |
| 03/30/2023 | KJC | Drafting Response. | 2.60 | $ 400.00/hr | $ 1,040.00 |
| 03/31/2023 | ABK | Review and revise reply motion | 1.00 | $ 500.00/hr | $ 500.00 |
| 03/31/2023 | ABK | Travel to NY for hearing | 3.00 | $ 500.00/hr | $ 1,500.00 |
| 04/03/2023 | ABK | Prepare for hearing | 1.50 | $ 500.00/hr | $ 750.00 |
| 04/04/2023 | ABK | R/T Travel to SDNY and hearing | 2.00 | $ 500.00/hr | $ 1,000.00 |

**In Reference To: v US Parachute Association (Expenses)**

| Date | By | Expenses | Amount |
|---|---|---|---|
| 03/31/2023 | ABK | Delta | $ 687.80 |
| 03/31/2023 | ABK | Hotel - Hilton Garden Inn | $ 583.63 |

**Total Hours**  14.25 hrs

**Chalmers, Adams, Backer & Kaufman, LLC**
5805 State Bridge Road #G77
Johns Creek, GA 30097



**Yuri Garmashov**



**Invoice 26968**

| | |
|---|---|
| **Date** | Mar 31, 2023 |
| **Terms** | N/A |
| **Service Thru** | Apr 04, 2023 |

| | |
|---:|---:|
| **Total Labor** | $ 6,525.00 |
| **Total Expenses** | $ 1,271.43 |
| **Total Invoice Amount** | $ 7,796.43 |
| **Previous Balance** | **$ 9,500.00** |
| **Balance (Amount Due)** | **$ 17,296.43** |