# EXHIBIT B

```
0&a5L 0&i4E 0(s013H 0&+26C
DATE: 12/29/22 10:24:39      PRO FORMA STATEMENT AS OF 12/29/22    FOR FILE (013785-000001)              #  792482/( 1045253)        Page 28  (1)
BILLER: La Tonya Allen                                                                                                                   EXHIBIT B

         ( ) BILL COSTS AND FEES                       ( ) DO NOT BILL
         ( ) BILL FEES ONLY                            ( ) CLOSE FILE
         ( ) BILL COSTS ONLY                           ( ) FINAL BILL
         ( ) APPLY RETAINER?   RETAINER/TRUST BALANCE is      $0.00


*-----MATTER DESCRIPTION-----*
Garmashov, Yuri v. United States Parachute Association, Inc.


*-----CLIENT INFORMATION-----*        --CLIENT NUMBER--    --ORIGINATING--        --BILLING--           --SUPERVISING--
Garmashov, Yuri                             013785              1986                  1986                  1986
                                                             Alex Kaufman         Alex Kaufman          Alex Kaufman

*-----BILLING ADDRESS-----*
Garmashov, Yuri


*-----BILLING INSTRUCTIONS-----*
yurig.garmashov@gmail.com


** Client Narrative **
Rates 500/450/300 (updated with 7/31/21 prebills)


** Matter Narrative **


*-----MATTER INFORMATION-----*                                     PHONE:
PHONE:                                                           CONTACT:
REFERRED BY:                RATE:           1         *****Proforma Totals:
STATUS:        Open         DEPT:          GEN                        Fees:          100.00
DATE OPENED:   Jun 10, 2021 LOCATION:       01                       Costs:            0.00
DATE CLOSED:                PRACTICE:                                Total:          100.00
LAST RATE:     Aug  9, 2012 FEE FREQ:        4
HOLD FEES:                  COST FREQ:      M
HOLD COSTS:                 TRUST RETAIN:   M
TRUST RET ACCT:


Last Bill Date:  12/12/22
```

```
DATE: 12/29/22 10:24:39     PRO FORMA STATEMENT AS OF 12/29/22  FOR FILE (013785-000001)        # 792482/( 1045253)      Page 29 (2)
BILLER: La Tonya Allen                                                                                                    EXHIBIT B

*-----TIME ENTRIES------*
                                                                          BILLED                    ORIGINAL
                                                                   ----------------------    ----------------------    WORK           TASK  ACT
   INDEX  INIT      DATE    DESCRIPTION                            HOURS         AMOUNT       HOURS         AMOUNT     RATE   STAT    CODE  CODE

11757024  1986 (Aka)f 12/05/22  Review correspondence from opposing 0.20         100.00        0.20         100.00    500.00    B
                                counsel. Correspondence to opposing
                                counsel.
                                                                                 --------                  --------
                                                          TOTAL FEES             100.00                    100.00
                                                                                 --------                  --------

*-----COST ENTRIES------*
                                                                                              EXPENSE      COST
   INDEX    DATE     STAT     AMOUNT  SUM DESCRIPTION                                         CODE         CODE              TKPER   VOUCHER

                                      --------
Total Costs                              .00
                                      ========

*---------------------TIMEKEEPER----------------------*-----------------TIME AND FEE SUMMARY--------------------------*
  INIT  NAME                TITLE           RATE                                 HOURS                       FEES           %
  1986  Alex Kaufman        Partner       500.00                                  0.20    100.00 %        100.00       100.00
                                    TOTALS                                        0.20                    100.00

*---------COST CODE SUMMARY---------------------------*
* ---------COST CODE---------------------------* AMOUNT
                                                 -------
                                                   0.00
                                                 -------
TOTAL COSTS                                        0.00

   BALANCE DUE FROM PREVIOUS STATEMENT . . . . . . . . . . . . . . . . .   62963.65
   LESS PAYMENT(S) . . . . . . . . . . . . . . . . . . . . . . . . . .        0.00
                                                                           --------
   BALANCE FORWARD . . . . . . . . . . . . . . . . . . . . . . . . . .    62963.65

   TOTAL FEES . . . . . . . . . . . . . . . . . . . . . . . . . . . .       100.00
   TOTAL COSTS . . . . . . . . . . . . . . . . . . . . . . . . . . . .        0.00
                                                                           --------
   TOTAL TO BE BILLED . . . . . . . . . . . . . . . . . . . . . . . .        100.00
   TOTAL DUE . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    63063.65

   TIME VALUE FOR THE MATTER AFTER THE CUTOFF DATE . . . . . .              0.00
   COST VALUE FOR THE MATTER AFTER THE CUTOFF DATE . . . . . .              0.00
```

```
DATE: 12/29/22 10:24:39     PRO FORMA STATEMENT AS OF 12/29/22 FOR FILE (013785-000001)       #  792482/( 1045253)      Page 30 (3)
BILLER: La Tonya Allen                                                                                                   EXHIBIT B

*------------------LEDGER SUMMARY-------------------------------------------------------*
 Ledger Code    Ledger Description    Debit         Credit       Credit Applied To
 -----------    ------------------    -----         ------       -----------------
    PAY         PAYMENT                             2858.00        2088.00  FEES
                                                                    770.00  HCOST
    FEES        FEES                 64830.00
    HCOST       HARD COSTS             991.65
                                     --------      --------
    TOTAL                            65821.65       2858.00

AGED ACCOUNTS RECEIVABLE:    2830.00  (-30)    1000.00  (31-60)    680.00  (61-90)    0.00  (91-120)    58453.65  (+)

RETAINER BALANCE                                   0.00
```

EXHIBIT B

```
0&a5L 0&i4E 0(s013H 0&+26C
DATE: 12/07/22 10:20:31      PRO FORMA STATEMENT AS OF 11/30/22   FOR FILE (013785-000001)        #  791882/( 1037626)    Page 60  (1)
BILLER: La Tonya Allen

               ( ) BILL COSTS AND FEES                            ( ) DO NOT BILL
               ( ) BILL FEES ONLY                                 ( ) CLOSE FILE
               ( ) BILL COSTS ONLY                                ( ) FINAL BILL
               ( ) APPLY RETAINER?   RETAINER/TRUST BALANCE is      $0.00

*-----MATTER DESCRIPTION-----*
Garmashov, Yuri v. United States Parachute Association, Inc.

*-----CLIENT INFORMATION-----*         --CLIENT NUMBER--   --ORIGINATING--         --BILLING--        --SUPERVISING--
Garmashov, Yuri                              013785              1986                  1986                1986
                                                              Alex Kaufman          Alex Kaufman       Alex Kaufman

*-----BILLING ADDRESS-----*
Garmashov, Yuri

*-----BILLING INSTRUCTIONS-----*
yurig.garmashov@gmail.com

** Client Narrative **
Rates 500/450/300 (updated with 7/31/21 prebills)

** Matter Narrative **

*-----MATTER INFORMATION-----*
PHONE:                                                             PHONE:
REFERRED BY:                    RATE:         1                  CONTACT:
STATUS:       Open              DEPT:         GEN               *****Proforma Totals:
DATE OPENED:  Jun 10, 2021      LOCATION:     01                               Fees:      2830.00
DATE CLOSED:                    PRACTICE:                                     Costs:         0.00
LAST RATE:    Aug  9, 2012      FEE FREQ:     4                                Total:     2830.00
HOLD FEES:                      COST FREQ:    M
HOLD COSTS:                     TRUST RETAIN: M
TRUST RET ACCT:

Last Bill Date:  11/18/22
```

EXHIBIT B

```
DATE: 12/07/22 10:20:31     PRO FORMA STATEMENT AS OF 11/30/22   FOR FILE (013785-000001)         # 791882/( 1037626)         Page 61 (2)
BILLER: La Tonya Allen
```

*-----TIME ENTRIES-----*

|  |  |  |  | BILLED | | ORIGINAL | | WORK |  | TASK | ACT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | INIT | DATE | DESCRIPTION | HOURS | AMOUNT | HOURS | AMOUNT | RATE | STAT | CODE | CODE |
| 11690878 | 1986 (Aka)f | 11/04/22 | Review and revise discovery requests | 0.20 | 100.00 | 0.20 | 100.00 | 500.00 | B | | |
| 11656097 | 8028 (tkn)us | 11/04/22 | Draft form of first interrogatories to defendant USPA. | 0.50 | 150.00 | 0.50 | 150.00 | 300.00 | B | | |
| 11656103 | 8028 (tkn)us | 11/04/22 | Draft interrogatories 1-6 to USPA. | 0.70 | 210.00 | 0.70 | 210.00 | 300.00 | B | | |
| 11656118 | 8028 (tkn)us | 11/04/22 | Draft interrogatories 7-10 to USPA. | 0.80 | 240.00 | 0.80 | 240.00 | 300.00 | B | | |
| 11656124 | 8028 (tkn)us | 11/04/22 | Draft interrogatories 11-15 to USPA. | 0.70 | 210.00 | 0.70 | 210.00 | 300.00 | B | | |
| 11656132 | 8028 (tkn)us | 11/04/22 | Draft interrogatories 16-19 to USPA. | 0.60 | 180.00 | 0.60 | 180.00 | 300.00 | B | | |
| 11656139 | 8028 (tkn)us | 11/04/22 | Draft definitions and instructions in first interrogatories to USPA. | 0.80 | 240.00 | 0.80 | 240.00 | 300.00 | B | | |
| 11656149 | 8028 (tkn)us | 11/04/22 | Draft first RPDs to USPA RPDs 1-5. | 0.90 | 270.00 | 0.90 | 270.00 | 300.00 | B | | |
| 11656187 | 8028 (tkn)us | 11/07/22 | Draft RPDs 7-12 | 0.80 | 240.00 | 0.80 | 240.00 | 300.00 | B | | |
| 11656194 | 8028 (tkn)us | 11/07/22 | Call with Yuri Garmashov re Rob Pooley, USPA, and William Mershon. | 0.30 | 90.00 | 0.30 | 90.00 | 300.00 | B | | |
| 11656271 | 8028 (tkn)us | 11/07/22 | Draft instructions and definitions section to RPDs. | 0.60 | 180.00 | 0.60 | 180.00 | 300.00 | B | | |
| 11656274 | 8028 (tkn)us | 11/07/22 | Draft revisions to RPDs. | 0.70 | 210.00 | 0.70 | 210.00 | 300.00 | B | | |
| 11692003 | 1986 (Aka)f | 11/17/22 | Review correspondence from opposing counsel. Correspondence to opposing counsel. | 0.20 | 100.00 | 0.20 | 100.00 | 500.00 | B | | |
| 11692392 | 1986 (Aka)f | 11/21/22 | Review court order granting motion to enforce. | 0.10 | 50.00 | 0.10 | 50.00 | 500.00 | B | | |
| 11680001 | 8028 (tkn)us | 11/21/22 | Make revisions to Instructions, definitions, and certificate to accompany RPDs. | 0.70 | 210.00 | 0.70 | 210.00 | 300.00 | B | | |
| 11680012 | 8028 (tkn)us | 11/21/22 | Make revisions to RPDs 8-12. | 0.50 | 150.00 | 0.50 | 150.00 | 300.00 | B | | |
|  |  |  |  | TOTAL FEES | 2830.00 |  |  |  |  |  |  |

EXPENSE     COST

*-----COST ENTRIES-----*

Case 1:21-cv-04917-JGK    Document 75-2    Filed 04/03/23    Page 6 of 11

```
DATE: 12/07/22 10:20:32     PRO FORMA STATEMENT AS OF 11/30/22  FOR FILE (013785-000001)      # 791882/( 1037626)      Page 62 (3)
BILLER: La Tonya Allen

     INDEX     DATE     STAT     AMOUNT   SUM DESCRIPTION                                                    CODE      CODE      TKPER   VOUCHER

                                          --------
Total Costs                                   .00
                                          ========

*----------------------------------------TIME AND FEE SUMMARY----------------------------------------*
*------------TIMEKEEPER------------*
 INIT   NAME                         TITLE           RATE          HOURS    %              FEES     %
 1986   Alex Kaufman                 Partner       500.00           0.50   5.49          250.00   8.83
 8028   Tyler Knauss                 Associate     300.00           8.60  94.51        2,580.00  91.17
                                              TOTALS                9.10               2,830.00

*----------COST CODE SUMMARY----------*
*----------COST CODE------------------*   AMOUNT
                                          --------
TOTAL COSTS                                   0.00
                                          --------

BALANCE DUE FROM PREVIOUS STATEMENT  . . . . . . . . . . . . . . . . .    60133.65
LESS PAYMENT(S)  . . . . . . . . . . . . . . . . . . . . . . . . . .         0.00
                                                                          --------
BALANCE FORWARD  . . . . . . . . . . . . . . . . . . . . . . . . . .     60133.65

TOTAL FEES   . . . . . . . . . . . . . . . . . . . . . . . . . . . .     2830.00
TOTAL COSTS  . . . . . . . . . . . . . . . . . . . . . . . . . . . .        0.00
                                                                          --------
TOTAL TO BE BILLED . . . . . . . . . . . . . . . . . . . . . . . . .     2830.00
TOTAL DUE  . . . . . . . . . . . . . . . . . . . . . . . . . . . . .                   62963.65

TIME VALUE FOR THE MATTER AFTER THE CUTOFF DATE  . . . . . . . . . .         0.00
COST VALUE FOR THE MATTER AFTER THE CUTOFF DATE  . . . . . . . . . .         0.00

*-----------------LEDGER SUMMARY------------------------*-------Credit Applied To-------*
Ledger Code   Ledger Description     Debit       Credit
-----------   ------------------     -----       ------
PAY           PAYMENT                           2858.00           2088.00  FEES
                                                                   770.00  HCOST
FEES          FEES                 62000.00
HCOST         HARD COSTS             991.65
                                   --------     --------
TOTAL                              62991.65     2858.00

AGED ACCOUNTS RECEIVABLE:    1000.00 (-30)    680.00 (31-60)    0.00 (61-90)    1280.00 (91-120)    57173.65 (+)
```

```
DATE: 12/07/22 10:20:32    PRO FORMA STATEMENT AS OF 11/30/22  FOR FILE (013785-000001)   # 791882/( 1037626)    Page 63 (4)   EXHIBIT B
BILLER: La Tonya Allen

RETAINER BALANCE          0.00
```

EXHIBIT B

```
0&a5L 0&i4E 0(s013H 0&+26C                                                                                                    Page  64   (1)
DATE: 12/07/22 10:20:35    PRO FORMA STATEMENT AS OF 11/30/22   FOR FILE (014131-000003)              #  791883/( 1037626)
BILLER: La Tonya Allen

             ( ) BILL COSTS AND FEES                       ( ) DO NOT BILL
             ( ) BILL FEES ONLY                            ( ) CLOSE FILE
             ( ) BILL COSTS ONLY                           ( ) FINAL BILL
             ( ) APPLY RETAINER?   RETAINER/TRUST BALANCE is       $0.00


*-----MATTER DESCRIPTION-----*
HugoPosh, LLC re: Woodstock Real Estate

*-----CLIENT INFORMATION-----*              --CLIENT NUMBER--    --ORIGINATING--           --BILLING--          --SUPERVISING--
Hugo Posh, LLC                                   014131               1986                    1986                    1986
                                                                   Alex Kaufman           Alex Kaufman           Alex Kaufman

*-----BILLING ADDRESS-----*
Hugo Posh, LLC
625 Elm Street
Roswell, GA  30075

*-----BILLING INSTRUCTIONS-----*

** Client Narrative **
Rates: 500/450/350/150

** Matter Narrative **

*-----MATTER INFORMATION-----*
PHONE:                                                                      PHONE:
REFERRED BY: Scott Rosenblum                                              CONTACT:  Scott Rosenblum
STATUS:      Open              RATE:           1
DATE OPENED: Mar 17, 2022      DEPT:          GEN             *****Proforma Totals:
DATE CLOSED:                   LOCATION:       01                           Fees:      50.00
LAST RATE:   Aug  9, 2012      PRACTICE:       8                           Costs:       0.00
HOLD FEES:                     FEE FREQ:       M                           Total:      50.00
HOLD COSTS:                    COST FREQ:      M
TRUST RET ACCT:                TRUST RETAIN:


Last Bill Date:  11/17/22
```

```
DATE: 12/07/22 10:20:35     PRO FORMA STATEMENT AS OF 11/30/22   FOR FILE (014131-000003)          # 791883/( 1037626)        Page 65 (2)
BILLER: La Tonya Allen                                                                                                      EXHIBIT B

*-----TIME ENTRIES------*
                                                                       BILLED              ORIGINAL           WORK                TASK  ACT
 INDEX INIT       DATE    DESCRIPTION                               HOURS   AMOUNT      HOURS   AMOUNT        RATE   STAT         CODE  CODE

11639400 0465 (DSC)LE11/28/22 Communication with Scott Rosenblum     0.10    50.00       0.10    50.00      500.00    B
                              re revise cancellation
                                                                        ------------         ------------
                                                             TOTAL FEES     50.00                50.00
                                                                        ------------         ------------

*-----COST ENTRIES------*
                                                                                         EXPENSE   COST
 INDEX      DATE      STAT      AMOUNT    SUM DESCRIPTION                                CODE      CODE

                                 ----------
Total Costs                          .00
                                 ==========

*-----------------TIMEKEEPER-------------------------TIME AND FEE SUMMARY---------------------------------*
 INIT    NAME                TITLE                  RATE         HOURS       %              FEES       %
 0465    Scott Cole          Partner              500.00          0.10   100.00            50.00   100.00
                                       TOTALS                     0.10                     50.00

*-------COST CODE SUMMARY--------------------------------*
*                                                AMOUNT
*-------COST CODE-----------------------*
                                               ----------
TOTAL COSTS                                       0.00
                                               ----------


BALANCE DUE FROM PREVIOUS STATEMENT . . . . . . . . . . . .                    7400.00
LESS PAYMENT(S) . . . . . . . . . . . . . . . . . . . .                           0.00
                                                                              ----------
BALANCE FORWARD . . . . . . . . . . . . . . . . . . . .                        7400.00

TOTAL FEES . . . . . .  . . . . . . . . . . . . . . .         50.00
TOTAL COSTS . . . . . . . . . . . . . . . . . . . . .          0.00
                                                              -------
TOTAL TO BE BILLED . . . . . . . . . . . . . . . . . .        50.00
TOTAL DUE . . . . . . . . . . . . . . . . . . . . . .                          7450.00

TIME VALUE FOR THE MATTER AFTER THE CUTOFF DATE . . . .         0.00
COST VALUE FOR THE MATTER AFTER THE CUTOFF DATE . . . .         0.00
```

EXHIBIT B

```
DATE: 12/07/22 10:20:35   PRO FORMA STATEMENT AS OF 11/30/22  FOR FILE (014131-000003)      # 791883/( 1037626)    Page 66 (3)
BILLER: La Tonya Allen

*------------------LEDGER SUMMARY------------------------------------------------*
  Ledger Code   Ledger Description      Debit         Credit        Credit Applied To
  -----------   ------------------      -----         ------        -----------------
  PAY           PAYMENT                              12650.00       12650.00  FEES
  UNA           UNAPPLIED                             3500.00        3500.00  UNALLOCATED
  FEES          FEES                 20050.00
                                     --------       ---------
                TOTAL                20050.00        16150.00

AGED ACCOUNTS RECEIVABLE:    (2250.00) (-30)   6000.00 (31-60)    0.00 (61-90)    0.00 (91-120)   150.00 (+)

RETAINER BALANCE                                    3500.00
```