**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

 YURI GARMASHOV,

               Plaintiff,

           -against-

UNITED STATES PARACHUTE ASSOCIATION,
INC.,

              Defendant.

------------------------------------------------------------x

:
:
:
:
:
:
:
:
:
:
:
:
:

21-CV-4917 (JGK) (OTW)

**ORDER**

     **ONA T. WANG**, **United States Magistrate Judge**:

     The in-person conference previously scheduled for Tuesday, April 4, 2023 at 10:00 a.m.

is hereby adjourned to **Wednesday, May 3, 2023 at 3:00 p.m.** All other directives in ECF 66 are

unchanged.

                       *s/ Ona T. Wang*

Dated: April 3, 2023                    **Ona T. Wang**
       New York, New York              United States Magistrate Judge