**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
YURI GARMASHOV,

               Plaintiff,                             21-CV-4917 (JGK) (OTW)

        -against-                           **ORDER**

UNITED STATES PARACHUTE ASSOCIATION, INC.,

               Defendant.
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The parties shall file a joint status letter by May 17, 2023, informing the Court of any outstanding discovery issues.

Additionally, the Court has provisionally filed the parties' Settlement Agreement under seal. The parties are directed to meet and confer as to whether the Agreement should be unsealed. If the parties agree that the Agreement should be filed publicly, they shall inform the Court of that in their May 17 joint status letter.

If the parties believe the Agreement should remain under seal, they shall file a Motion to Seal, also by May 17, 2023.

                                                             _s/ Ona T. Wang_

Dated: May 4, 2023                                  **Ona T. Wang**
      New York, New York                    United States Magistrate Judge