UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
YURI GARMASHOV,

              Plaintiff,

            -against-

UNITED STATES PARACHUTE ASSOCIATION, INC.,

              Defendant.
-------------------------------------------------------------x

21-CV-4917 (JGK) (OTW)

**ORDER TO SHOW CAUSE**

**ONA T. WANG**, **United States Magistrate Judge**:

This case was referred back to me to supervise the execution of the parties' Settlement Agreement. (*See* ECF 63). On May 3, 2023, in my presence and in my courtroom, the parties signed page 3 of Judge Koeltl's publicly filed Opinion & Order, memorializing the term sheet quoted by him on that page. This became the party's executed Settlement Agreement, which I provisionally sealed while the parties decided whether they would agree to the joint unsealing of the Agreement. (*See* ECF 77, 78).

On May 17, 2023, the parties wrote a status letter informing me that they disagreed on whether or not the Agreement should be sealed. Plaintiff opposes sealing; Defendant seeks sealing. The Court can discern no possible reason why a fully executed settlement agreement signed in a public courtroom, itself at bottom a copy of a publicly filed judicial opinion, should remain sealed on the docket.

Accordingly, Defendant is **ORDERED TO SHOW CAUSE** in writing by **Friday, May 26, 2023, at 12 p.m.** why the Settlement Agreement should remain under seal. Plaintiff is

permitted, but not required, to respond to the Order to Show Cause. Failure to file by noon on May 26 shall result in ECF 77 being unsealed.

Dated: May 22, 2023
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge