**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

YURI GARMASHOV,

              Plaintiff,

              -against-

UNITED STATES PARACHUTE ASSOCIATION, INC.,

              Defendant.

------------------------------------------------------------x

21-CV-4917 (JGK) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF 83, Defendant's response to my Order to Show Cause why ECF 77, the parties' settlement agreement, should remain under seal.

Where a document "is presented to the court to invoke its powers or affect its decisions," the "apogee" of the presumption of public access to judicial documents is at its highest. *Bernsten v. O'Reilly*, 307 F. Supp. 3d 161, 167 (S.D.N.Y. 2018). The Settlement Agreement is the subject of this entire litigation – initially adjudicated in Judge Koetl's Opinion and Order enforcing the Settlement Agreement (ECF 63), and presently the subject of a contempt motion. (ECF 65).

Defendant cites no case law rebutting this Circuit's emphasis on the fact that "the presumption of access is entitled to great weight if a party submits the document [it wishes to be sealed] to the court for purposes of adjudication." *United States v. Sattar*, 471 F. Supp. 2d 380, 386 (S.D.N.Y. 2006).

Accordingly, the parties' Settlement Agreement is **UNSEALED**. The Clerk of Court is respectfully directed to unseal ECF 77 and close ECF Nos. 79 and 83.

**SO ORDERED.**

Dated: June 1, 2023
      New York, New York

      *s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge