```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

YURI GARMASHOV,

                  Plaintiff,

    - against -

UNITED STATES PARACHUTE ASSOCIATION, INC.,

                  Defendant.

21-cv-4917 (JGK)

AMENDED ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

JOHN G. KOELTL, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

**x** Motion/Dispute:*

    Contempt motion, ECF No. 65

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral is:

_____

\_\_ Settlement*

\_\_ Inquest After Default/Damages Hearing

\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

\_\_ Habeas Corpus

\_\_ Social Security

\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: \_\_\_\_

SO ORDERED.

New York, New York
June 1, 2023

                                    _____
                                      John G. Koeltl
                                United States District Judge

---

* Do not check if already referred for general pretrial.