**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

YURI GARMASHOV,

    Plaintiff,

v.

                                      Case No.: 1:21-cv-04917-JGK

UNITED STATES PARACHUTE               **NOTICE OF APPEARANCE**
ASSOCIATION, INC.,

    Defendant.

_____/

**PLEASE TAKE NOTICE** that Anthony D. Green (AG 0227) hereby appears as counsel for Defendant United States Parachute Association, Inc., in connection with the above-referenced action. Please serve all notices and other papers in this action upon the undersigned.

Dated: April 30, 2024                               Respectfully submitted,
       New York, New York

                                              WINGET SPADAFORA &
                                                 SCHWARTZBERG, LLP

                                      By:    /s/ *Anthony D. Green*
                                                 Anthony D. Green [AG-0227]
                                                 Green.A@wssllp.com
                                                 *Attorneys for* United States Parachute Association, Inc.,
                                                 45 Broadway, 32nd Floor
                                                 New York, New York, 10006
                                                 Telephone (212) 221 -6900
                                                 Facsimile (212) 221-6989