

April 30, 2024

**Kenneth A. McLellan**
212.915.5551 (direct)
646.265.4894 (cell)
Kenneth.McLellan@wilsonelser.com

Hon. Ona T. Wang
Southern District Of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Garmashov v.United States Parachute Assn., et al*
File No: N/A
Docket#: 1:21-cv-04917

Dear Judge Wang:

Please be advised that I am listed on the docket of this matter as an attorney for the Defendant, United States Parachute Association ("USPA"). However, I left the firm of Winget Spadafora and Schwartzberg, LLP, ("WSS") on December 1, 2023, and no longer represent the USPA. I understand that Keith Roussel is also no longer with WSS. It appears that when I changed firms from WSS to Wilson Elser, and updated my address in ECF, it listed my Wilson Elser address on the docket of the above referenced case. Please note, Wilson Elser does not represent any parties in this case. Thank you.

Anthony Green, Esq., of WSS is assigned to this case. WSS is located at 45 Broadway, 32nd Floor, New York, NY 10006, 212.221.6900, green.a@wssllp.com.

1133 Westchester Avenue | White Plains, NY 10604 | p 914.323.7000 | f 914.323.7001 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Beaumont, TX | Birmingham, AL | Boston, MA | Chicago, IL | Dallas, TX | Denver, CO
Detroit, MI | Edwardsville, IL | Florham Park, NJ | Garden City, NY | Hartford, CT | Houston, TX | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA
Louisville, KY | McLean, VA | Merrillville, IN | Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orlando, FL | Philadelphia, PA
Phoenix, AZ | San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Washington, DC | West Palm Beach, FL | White Plains, NY

282500277v.1

Thank you for your attention to this matter. Could the Court please remove my name from the docket?

Best regards,

Wilson Elser Moskowitz Edelman & Dicker LLP

*/s/ Kenneth A. McLellan*

Kenneth A. McLellan