

**11770 HAYNES BRIDGE ROAD, #205-219**
**ALPHARETTA, GEORGIA 30009-1968**
**(404) 282-9453**
**akaufman@chalmersadams.com**

May 3, 2024

**VIA ECF FILE**

Hon. Ona T. Wang

    Re:    Order to Provide May 4, 2023 Hearing Transcript
            Yuri Garmashov v. United States Parachute Association /21-cv-04917

Judge Wang:

    The purpose of this correspondence is to confirm that I am in receipt of your April 30, 2024 Order whereby I was to provide the Court with the unredacted hearing transcript from our May 4, 2023 hearing. Unfortunately, despite multiple order requests (all with 1 day return requests), I have yet to receive the requested transcript. I certify that I have made the requests on May 1, 2, and 3rd of this week.

    I request that I be given additional time in order to fulfil and comply with your Order. I am in regular contact with the NYSD ECF Pool and as soon as the transcript is provided, I will file it into the case record.

    Thank you for your consideration.

    Sincerely,

Alex B. Kaufman

cc: All Counsel of Record via Pacer/ECF Service