UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YURI GARMASHOV,

    Plaintiff,

v.

UNITED STATES PARACHUTE
ASSOCIATION, INC.,

    Defendant.

_____

Civil Action No.:

**1:21-cv-04917-JGK-OTW**

### DECLARATION OF ANTHONY D. GREEN IN SUPPORT OF DEFENDANT'S OBJECTIONS TO THE APRIL 29, 2024 REPORT AND RECOMMENDATION REGARDING PLAINTIFF'S MOTION SEEKING TO HOLD USPA IN CONTEMPT OF COURT

I, Anthony D. Green, Esq., hereby declare and swear, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney admitted to the bar of and am in good standing with the State of New York.

2. My Bar ID number for the U.S. District Court for the Southern District of New York is AG-0227.

3. I am a member of the firm of WINGET, SPADAFORA & SCHWARTZBERG, LLP, representing, UNITED STATES PARACHUTE ASSOCIATION, INC., ("USPA") in this matter, and I submit the within declaration in support of USPA's objections to the Report and Recommendation ("Report and Recommendation") of Magistrate Judge Ona T. Wang, dated April 29, 2024 (ECF Dkt. No. 86), related to the Motion for Contempt filed by Plaintiff Yuri Garmashov ("Plaintiff") on February 10, 2023 (ECF Dkt. No. 65).

4. On May 3, 2023 the Magistrate directed the parties to execute the settlement agreement by either typing up a portion of the Order or signing a page of the Order containing a summary of the settlement agreement terms. The parties signed a page of the Order during the conference that day and USPA promptly paid the fully settlement amount.

5. Annexed hereto as **EXHIBIT A** is a true and correct copy of the Transcript of May 3, 2023 proceedings before Magistrate Judge Wang.

6. Annexed hereto as **EXHIBIT B** is a true and correct copy of an email exchange between USPA and Plaintiff on February 7, 2023.

7. Annexed hereto as **EXHIBIT C** is a true and correct copy of an email exchange between USPA and Plaintiff on December 5, 2023, following provision of USPA's first draft of the long-form settlement agreement.

8. Annexed hereto as **EXHIBIT D** is a true and correct copy of Plaintiff's proposed revised drafts of the long-form settlement agreement prior to filing Motion for Contempt.

9. Annexed hereto as **EXHIBIT E** is a true and correct copy of a November 30, 2022 email from Plaintiff's counsel.

10. Annexed hereto as **EXHIBIT F** is a true and correct copy of emails sent by Plaintiff's counsel with additional monetary and non-monetary demands following filing the Motion for Contempt.

11. I declare under penalty of perjury, under the laws of the United States and State of New York, that the foregoing is true and correct.

Dated: May 13, 2024
      New York, New York

                                                         /s/ Anthony D. Green
                                                         Anthony D. Green, Esq. [AG-0227]