# EXHIBIT B

| | |
|---|---|
| **From:** | Alex Kaufman |
| **To:** | Kenneth McLellan |
| **Cc:** | Keith Roussel |
| **Subject:** | Re: Garmashov v. USPA |
| **Date:** | Tuesday, February 7, 2023 7:09:39 PM |

We are glad to have the hearing with the court. I'd recommend looking at the definition of "execution". Again, we don't believe that any further rendition is needed as the court affirmed the agreement terms as they were unambiguous.

We will be seeking fees from your firm and your client for these unnecessary and additional costs. Please put your partners and carrier on notice.

# Alex B. Kaufman, Esq.
**Member**
Chalmers, Adams, Backer & Kaufman, LLC
11770 Haynes Bridge Road
G# 205-219
Alpharetta, Georgia 30009-1968
Direct: (404) 964-5587
AKaufman@ChalmersAdams.com
https://www.chalmersadams.com/

CONFIDENTIALITY NOTICE

This message is being sent by or on behalf of a lawyer and nothing contained within this message should be relied on unless you have a fee agreement with this law firm. This message is intended exclusively for the individual(s) or entity(ies) to which it is addressed in the "To" or "cc" lines and if you are not one of those individual(s) or entity(ies), then you rely on any information at your own peril. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, then this message is deemed to be an inadvertent disclosure, and you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by electronic mail and delete all copies of this message.

IRS Circular 230 Disclosure
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.

> On Feb 7, 2023, at 4:50 PM, Kenneth McLellan <mclellan.k@wssllp.com> wrote:

Alex-

We have sent the agreement with language acceptable to our client, the USPA, signed. That agreement contains language that addresses the issue of a release and addresses confidentiality. These are terms that you included in your term sheet that you relied on to file a motion to enforce the settlement.

Your client has refused to sign this agreement.

Our client wishes to finalize the settlement, comply with the Court order and properly protect its interests.

It's unfortunate that we can't seem to work out the issues on our own. We are going to request Court intervention at this point.

We remain open to discuss finalizing the agreement, but, as noted, at this point, are contacting the Court.

Thank you.

-Ken


Very truly yours,

Kenneth A. McLellan
*Partner*
(Admitted in NY and NJ)
WINGET, SPADAFORA & SCHWARTZBERG, LLP
45 Broadway, 32nd Floor
New York, New York 10006
212.221.6900 (Office)
212.221.6989 (Fax)
646.265.4894 (Cell)
mclellan.k@wssllp.com

    -and-

65 East Route 4, Suite 201
River Edge, New Jersey 07661
973-221-8200 (Office)
973-221-8201 (Fax)
mclellan.k@wssllp.com

www.wssllp.com

**Connect with us**

<image001.png>

**WSSLLP.com | Mailing List**

<image002.png>

PLEASE NOTE, THIS MESSAGE IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR OTHERWISE PROTECTED FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT OR OTHERWISE HAVE RECEIVED THIS EMAIL IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY RETURN EMAIL, AND DELETE THIS MESSAGE AND ALL ATTACHMENTS FROM YOUR COMPUTER SYSTEM.

IRS CIRCULAR 230 DISCLOSURE: TO ENSURE COMPLIANCE WITH U.S. TREASURY REGULATIONS GOVERNING TAX PRACTICE, WE INFORM YOU THAT:     ANY U.S. TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ATTACHMENTS) WAS NOT WRITTEN TO BE USED FOR AND CANNOT BE USED FOR (I) PURPOSES OF AVOIDING ANY TAX RELATED PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAWS, OR (II) THE PROMOTION, MARKETING OR RECOMMENDING TO ANOTHER PARTY OF ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

THE INFORMATION IN THIS E-MAIL AND IN ANY ATTACHMENTS IS CONFIDENTIAL AND MAY BE PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE DESTROY THIS COMMUNICATION AND NOTIFY THE SENDER IMMEDIATELY. YOU SHOULD NOT RETAIN, COPY OR USE THIS E-MAIL FOR ANY PURPOSE, NOR DISCLOSE ALL OR ANY PART OF ITS CONTENTS TO ANY OTHER PERSON OR PERSONS.

---

**From:** Alex Kaufman <akaufman@chalmersadams.com>
**Sent:** Tuesday, February 7, 2023 11:41 AM
**To:** Kenneth McLellan <mclellan.k@wssllp.com>
**Cc:** Keith Roussel <roussel.k@wssllp.com>
**Subject:** Re: Garmashov v. USPA

Kenneth-

Is your client signing the version we sent you- i.e. without your recent attempted additions of a California release and the motion to revise the court's published order?

**Alex B. Kaufman, Esq.**
**Member**
Chalmers, Adams, Backer & Kaufman, LLC
Direct: (404) 964-5587
11770 Haynes Bridge Road, G-205
Alpharetta, GA 30009-1968
AKaufman@ChalmersAdams.com
https://www.chalmersadams.com/

CONFIDENTIALITY NOTICE

This message is being sent by or on behalf of a lawyer and nothing contained within this message should be relied on unless you have a fee agreement with this law firm. This message is intended exclusively for the individual(s) or entity(ies) to which it is addressed in the "To" or "cc" lines and if you are not one of those individual(s) or entity(ies), then you rely on any information at your own peril. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, then this message is deemed to be an inadvertent disclosure, and you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by electronic mail and delete all copies of this message.

IRS Circular 230 Disclosure
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This message and any attached materials are intended solely for the use of the intended recipient and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return email and then delete the original message.