# EXHIBIT C

| | |
|---|---|
| **From:** | Alex Kaufman |
| **To:** | Keith Roussel |
| **Cc:** | Kenneth McLellan; Kimberly Moy |
| **Subject:** | RE: Garmashov v. USPA, Case No. 1:21-cv-04917-JGK, (Pursuant to Federal Rule of Evidence 408 ) |
| **Date:** | Monday, December 5, 2022 3:16:09 PM |
| **Attachments:** | image001.png |
| | image002.png |

Keith:

This draft does not represent the settlement agreement and order.

Specifically, the releases are **mutual general releases of the parties.** We never discussed agents etc.
We also never agreed to Yuri making any representations or warranties.
There is no non disparagement provision in the settlement agreement and order.


# Alex Kaufman
**Admitted in AZ, DC, GA, MA, & NY**

Attorney at Law | Hall Booth Smith, P.C.

**O:** 470.386.6900      2710 Old Milton Parkway, Suite 200
**D:** 404.586.6629      Alpharetta, GA 30009
**M:** 404.964.5587      hallboothsmith.com



ALABAMA | ARKANSAS | COLORADO | FLORIDA | GEORGIA
MONTANA | NEW JERSEY | NEW YORK | OKLAHOMA
NORTH CAROLINA | SOUTH CAROLINA | TENNESSEE

CONFIDENTIALITY NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy the original message and any copies.

**From:** Keith Roussel <roussel.k@wssllp.com>
**Sent:** Monday, December 5, 2022 3:00 PM
**To:** Alex Kaufman <AKaufman@hallboothsmith.com>
**Cc:** Kenneth McLellan <mclellan.k@wssllp.com>; Kimberly Moy <moy.k@wssllp.com>
**Subject:** Garmashov v. USPA, Case No. 1:21-cv-04917-JGK, (Pursuant to Federal Rule of Evidence 408 )

Dear Mr. Kaufman:

I am assisting Kenneth McLellan, Esq. with the handling of this action.

Attached for your review is a PDF and word version of our proposed Settlement Agreement and Release dated December 5, 2022 provided in accordance with the Court's Opinion and Order dated November 30, 2022 (ECF Doc. No. 63).

We note that this proposed Settlement Agreement and Release is being provided, to give you

and your client time to review the proposed language in the attached Settlement Agreement and Release.

**We are still awaiting approval from the carrier concerning the proposed language and terms,** but we wanted to give you an opportunity to see this proposed language.

If you have any comments we would ask that they be put into the attached word version of the proposed Settlement Agreement and Release using red line "track changes" feature.

**Please confirm your receipt of this e-mail.**

Thanks.

Best Regards,

Keith R.M. Roussel
*Associate*
(Admitted in NY and NJ)
Winget, Spadafora & Schwartzberg, LLP

45 Broadway, 32nd Floor
New York, N.Y. 10006
T: (212)-221-6900
F: (212)-221-6989
M: (917)-751-0348
Roussel.K@WSSLLP.com  |  WSSLLP.com

**Connect with us**



WSSLLP.com  |  Mailing List



PLEASE NOTE THIS MESSAGE IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR OTHERWISE PROTECTED FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT OR OTHERWISE HAVE RECEIVED THIS EMAIL IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY RETURN EMAIL, AND DELETE THIS MESSAGE AND ALL ATTACHMENTS FROM YOUR COMPUTER SYSTEM.

IRS CIRCULAR 230 DISCLOSURE: TO ENSURE COMPLIANCE WITH U.S. TREASURY REGULATIONS GOVERNING TAX PRACTICE, WE INFORM YOU THAT: ANY U.S. TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ATTACHMENTS) WAS NOT WRITTEN TO BE USED FOR AND CANNOT BE USED FOR (I) PURPOSES OF AVOIDING ANY TAX RELATED PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAWS, OR (II) THE PROMOTION, MARKETING OR RECOMMENDING TO ANOTHER PARTY OF ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

THE INFORMATION IN THIS E-MAIL AND IN ANY ATTACHMENTS IS CONFIDENTIAL AND MAY BE PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE DESTROY THIS COMMUNICATION AND NOTIFY THE SENDER IMMEDIATELY. YOU SHOULD NOT RETAIN, COPY OR USE THIS E-MAIL FOR ANY PURPOSE, NOR DISCLOSE ALL OR ANY PART OF ITS CONTENTS TO ANY OTHER PERSON OR PERSONS.