EXHIBIT E

## Kenneth McLellan

| | |
|---|---|
| **From:** | Alex Kaufman <AKaufman@hallboothsmith.com> |
| **Sent:** | Wednesday, November 30, 2022 11:02 AM |
| **To:** | Kenneth McLellan |
| **Cc:** | Keith Roussel |
| **Subject:** | Re: Garmashov v. USPA |
| **Attachments:** | image001.png; image002.png; 2022-11.22- Proposed Joint Ltr. to Hon. Koeltl (Draft 2 59 pm).docx |

Gentlemen-

We are eager to put this matter behind us. If your client is of the same mind, please let us know when the wire will be sent to my firm's trust account. As there is an Order in place, we do not see the need to insure the cost of preparation of a formal settlement agreement.

Please let us know if you take a different view.

Thanks,

Alex

## Alex Kaufman
**Admitted in AZ, DC, GA, MA, & NY**
Attorney at Law | Hall Booth Smith, P.C.

| | |
|---|---|
| **O:** 470.386.6900 | 2710 Old Milton Parkway, Suite 200 |
| **D:** 404.586.6629 | Alpharetta, GA 30009 |
| **M:** 404.964.5587 | hallboothsmith.com |



ALABAMA | ARKANSAS | COLORADO | FLORIDA | GEORGIA
MONTANA | NEW JERSEY | NEW YORK | OKLAHOMA
NORTH CAROLINA | SOUTH CAROLINA | TENNESSEE

CONFIDENTIALITY NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy the original message and any copies.

On Nov 22, 2022, at 5:20 PM, Kenneth McLellan <mclellan.k@wssllp.com> wrote:

Alex-

We hope you're doing well.

We'd like to submit the attached as a joint request for a telephone conference.  Please review the attached draft and advise if you have any comments or changes.

1

Thanks.

-Ken


Very truly yours,

Kenneth A. McLellan
*Partner*
(Admitted in NY and NJ)
WINGET, SPADAFORA & SCHWARTZBERG, LLP
45 Broadway, 32nd Floor
New York, New York 10006
212.221.6900 (Office)
212.221.6989 (Fax)
646.265.4894 (Cell)
mclellan.k@wssllp.com

        -and-

65 East Route 4, Suite 201
River Edge, New Jersey 07661
973-221-8200 (Office)
973-221-8201 (Fax)
mclellan.k@wssllp.com

www.wssllp.com


**Connect with us**


**WSSLLP.com | Mailing List**


PLEASE NOTE, THIS MESSAGE IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS
ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR OTHERWISE
PROTECTED FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT
OR OTHERWISE HAVE RECEIVED THIS EMAIL IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY
RETURN EMAIL, AND DELETE THIS MESSAGE AND ALL ATTACHMENTS FROM YOUR COMPUTER SYSTEM.

IRS CIRCULAR 230 DISCLOSURE: TO ENSURE COMPLIANCE WITH U.S. TREASURY REGULATIONS
GOVERNING TAX PRACTICE, WE INFORM YOU THAT:    ANY U.S. TAX ADVICE CONTAINED IN THIS
COMMUNICATION (INCLUDING ATTACHMENTS) WAS NOT WRITTEN TO BE USED FOR AND CANNOT BE
USED FOR (I) PURPOSES OF AVOIDING ANY TAX RELATED PENALTIES THAT MAY BE IMPOSED UNDER
FEDERAL TAX LAWS, OR (II) THE PROMOTION, MARKETING OR RECOMMENDING TO ANOTHER PARTY OF
ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

THE INFORMATION IN THIS E-MAIL AND IN ANY ATTACHMENTS IS CONFIDENTIAL AND MAY BE PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE DESTROY THIS COMMUNICATION AND NOTIFY THE SENDER IMMEDIATELY. YOU SHOULD NOT RETAIN, COPY OR USE THIS E-MAIL FOR ANY PURPOSE, NOR DISCLOSE ALL OR ANY PART OF ITS CONTENTS TO ANY OTHER PERSON OR PERSONS.