# EXHIBIT F

| | |
|---|---|
| **From:** | Alex Kaufman |
| **To:** | Kenneth McLellan |
| **Cc:** | Keith Roussel; eunderriner@hallboothsmith.com |
| **Subject:** | Re: Garmashov v .USPA |
| **Date:** | Monday, February 20, 2023 7:47:47 PM |
| **Attachments:** | image001.png |
| | image002.png |

For Settlement Negotiation Purposes Only

Kenneth:

We are in receipt of your correspondence and draft. It will be sent to Mr. Garmashov.

On first blush, I expect that at this juncture   and do to your Party's actions, that Mr. Garmashov will want to be compensated for the substantial delays and costs that he had to incur. These unnecessary expenses are well in excess of $5,000. I additionally expect that in order for Mr. Garmashov to entertain additional back and forth and the dismissal of his Motion for Contempt, that he would like to be reinstated, or at a minimum that his application for RE admission will not be unreasonably denied.

I also expect that the inclusion of the new provision of a mutual non disparagement and a liquidated damages provision- which was NOT in the enforced agreement will be rejected.

I will let you know as soon as I have Mr. Garmashov's response to your new offer.

# Alex B. Kaufman, Esq.
**Member**

Chalmers, Adams, Backer & Kaufman, LLC

11770 Haynes Bridge Road

G# 205-219

Alpharetta, Georgia 30009-1968

Direct: (404) 964-5587

AKaufman@ChalmersAdams.com

https://www.chalmersadams.com/

CONFIDENTIALITY NOTICE

This message is being sent by or on behalf of a lawyer and nothing contained within this message should be relied on unless you have a fee agreement with this law firm.  This message is intended exclusively for the individual(s) or entity(ies) to which it is addressed in the "To" or "cc" lines and if you are not one of those individual(s) or entity(ies), then you rely on any information at your own peril.  This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, then this message is deemed to be an inadvertent disclosure, and you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by electronic mail and delete all copies of this message.

IRS Circular 230 Disclosure
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S.

federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.

On Feb 20, 2023, at 6:43 PM, Kenneth McLellan <mclellan.k@wssllp.com> wrote:

Mr. Kaufman-

Annexed please find an updated and revised proposed settlement agreement and stipulation of dismissal with prejudice. Please review the attached, and let us know your thoughts.

Thank you.

-Ken

Very truly yours,

Kenneth A. McLellan
*Partner*
(Admitted in NY and NJ)
WINGET, SPADAFORA & SCHWARTZBERG, LLP
45 Broadway, 32nd Floor
New York, New York 10006
212.221.6900 (Office)
212.221.6989 (Fax)
646.265.4894 (Cell)
mclellan.k@wssllp.com

    -and-

65 East Route 4, Suite 201
River Edge, New Jersey 07661
973-221-8200 (Office)
973-221-8201 (Fax)
mclellan.k@wssllp.com

www.wssllp.com


**Connect with us**

**WSSLLP.com | Mailing List**

<image002.png>

PLEASE NOTE, THIS MESSAGE IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR OTHERWISE PROTECTED FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT OR OTHERWISE HAVE RECEIVED THIS EMAIL IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY RETURN EMAIL, AND DELETE THIS MESSAGE AND ALL ATTACHMENTS FROM YOUR COMPUTER SYSTEM.

IRS CIRCULAR 230 DISCLOSURE: TO ENSURE COMPLIANCE WITH U.S. TREASURY REGULATIONS GOVERNING TAX PRACTICE, WE INFORM YOU THAT:     ANY U.S. TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ATTACHMENTS) WAS NOT WRITTEN TO BE USED FOR AND CANNOT BE USED FOR (I) PURPOSES OF AVOIDING ANY TAX RELATED PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAWS, OR (II) THE PROMOTION, MARKETING OR RECOMMENDING TO ANOTHER PARTY OF ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

THE INFORMATION IN THIS E-MAIL AND IN ANY ATTACHMENTS IS CONFIDENTIAL AND MAY BE PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE DESTROY THIS COMMUNICATION AND NOTIFY THE SENDER IMMEDIATELY. YOU SHOULD NOT RETAIN, COPY OR USE THIS E-MAIL FOR ANY PURPOSE, NOR DISCLOSE ALL OR ANY PART OF ITS CONTENTS TO ANY OTHER PERSON OR PERSONS.

<2023.02.20, Letter to A. Kaufman.pdf>
<2023.02.21 Garmashov Settlement Agreement, Proposed.pdf>

This message and any attached materials are intended solely for the use of the intended recipient and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return email and then delete the original message.

**Kenneth McLellan**

---

| | |
|---|---|
| **From:** | Alex Kaufman <akaufman@chalmersadams.com> |
| **Sent:** | Tuesday, February 21, 2023 12:40 PM |
| **To:** | Kenneth McLellan |
| **Cc:** | Keith Roussel; eunderriner@hallboothsmith.com |
| **Subject:** | Re: Garmashov v .USPA |

For Settlement Negotiation Purposes Only

Kenneth:

Mr. Garmashov is willing to dismiss the motion for contempt after receipt in good funds care of my new firm's trust account (wire instructions will be sent upon USPA's agreement of the following terms):

$150,000 settlement payment in 3 days

$20,000 in 3 days - comprised of the interest on the settlement payment since the court's order and attorney's fees since the motion to enforce was granted till present.

Reinstatement of Mr. Garmashov's USPA membership and all ratings.

Mr. Garmashov is not interested in the new proposed terms of a mutual non disparagement or liquidated damages provision. These terms would be removed from your draft.

Within 3 business days of USPA's compliance with the above terms, we would file the mutual dismissal with prejudice.

# Alex B. Kaufman, Esq.
**Member**
Chalmers, Adams, Backer & Kaufman, LLC
11770 Haynes Bridge Road
G# 205-219
Alpharetta, Georgia 30009-1968
Direct: (404) 964-5587
AKaufman@ChalmersAdams.com
https://www.chalmersadams.com/

CONFIDENTIALITY NOTICE

This message is being sent by or on behalf of a lawyer and nothing contained within this message should be relied on unless you have a fee agreement with this law firm.  This message is intended exclusively for the individual(s) or entity(ies) to which it is addressed in the "To" or "cc" lines and if you are not one of those individual(s) or entity(ies), then you rely on any information at your own peril.  This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, then this message is deemed to be an inadvertent disclosure, and you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by electronic mail and delete all copies of this message.

IRS Circular 230 Disclosure

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.

On Feb 20, 2023, at 6:43 PM, Kenneth McLellan <mclellan.k@wssllp.com> wrote:

Mr. Kaufman-

Annexed please find an updated and revised proposed settlement agreement and stipulation of dismissal with prejudice.  Please review the attached, and let us know your thoughts.

Thank you.

-Ken

Very truly yours,

Kenneth A. McLellan
*Partner*
(Admitted in NY and NJ)
WINGET, SPADAFORA & SCHWARTZBERG, LLP
45 Broadway, 32nd Floor
New York, New York 10006
212.221.6900 (Office)
212.221.6989 (Fax)
646.265.4894 (Cell)
mclellan.k@wssllp.com

    -and-

65 East Route 4, Suite 201
River Edge, New Jersey 07661
973-221-8200 (Office)
973-221-8201 (Fax)
mclellan.k@wssllp.com

www.wssllp.com

### Connect with us

<image001.png>

**WSSLLP.com | Mailing List**

2

PLEASE NOTE, THIS MESSAGE IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR OTHERWISE PROTECTED FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT OR OTHERWISE HAVE RECEIVED THIS EMAIL IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY RETURN EMAIL, AND DELETE THIS MESSAGE AND ALL ATTACHMENTS FROM YOUR COMPUTER SYSTEM.

IRS CIRCULAR 230 DISCLOSURE: TO ENSURE COMPLIANCE WITH U.S. TREASURY REGULATIONS GOVERNING TAX PRACTICE, WE INFORM YOU THAT:     ANY U.S. TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ATTACHMENTS) WAS NOT WRITTEN TO BE USED FOR AND CANNOT BE USED FOR (I) PURPOSES OF AVOIDING ANY TAX RELATED PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAWS, OR (II) THE PROMOTION, MARKETING OR RECOMMENDING TO ANOTHER PARTY OF ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

THE INFORMATION IN THIS E-MAIL AND IN ANY ATTACHMENTS IS CONFIDENTIAL AND MAY BE PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE DESTROY THIS COMMUNICATION AND NOTIFY THE SENDER IMMEDIATELY. YOU SHOULD NOT RETAIN, COPY OR USE THIS E-MAIL FOR ANY PURPOSE, NOR DISCLOSE ALL OR ANY PART OF ITS CONTENTS TO ANY OTHER PERSON OR PERSONS.

<2023.02.20, Letter to A. Kaufman.pdf>
<2023.02.21 Garmashov Settlement Agreement, Proposed.pdf>

This message and any attached materials are intended solely for the use of the intended recipient and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return email and then delete the original message.